# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION – LOS ANGELES

| | |
|---|---|
| WARREN HERN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ALEXANDRIA REAL ESTATE EQUITIES, INC., PETER M. MOGLIA, MARC E. BINDA, and JOEL S. MARCUS,<br><br>Defendants. | Case No.: CV 25-11319-GW-AGRx<br><br>**CLASS ACTION**<br><br>**ORDER EXTENDING DEFENDANTS' TIME TO RESPOND TO COMPLAINT**<br><br><br>Compl. Filed:   Nov. 25, 2025<br>Judge:          Hon. George H. Wu |

On January 5, 2026, Plaintiff WARREN HERN ("Plaintiff") and ALEXANDRIA REAL ESTATE EQUITIES, INC., PETER M. MOGLIA, MARC E. BINDA, and JOEL S. MARCUS ("Defendants," and together with Plaintiff, the "Parties") filed a joint Stipulation Extending Defendants' Time To Respond To Complaint.

The Court, having considered the Parties' Stipulation, and finding good cause therefor, hereby GRANTS the Stipulation and ORDERS as follows:

1.      Counsel of record for Defendants accept service of the Summons and Complaint on behalf of each Defendant, without prejudice and without waiver of any of Defendants' defenses, objections, or arguments, except as to the sufficiency of service of process;

2.      No Defendant is required to answer, move, or otherwise respond to the Complaint; and

3.      Within fourteen (14) days of the entry of an order appointing Lead Plaintiff, Lead Counsel and counsel for Defendants shall submit to the Court a proposed schedule for filing an amended and/or consolidated complaint or designating the operative complaint, Defendants' time to respond to the same (including any response motion), and all associated briefing.

IT IS SO ORDERED.

Dated: January 6, 2026

_____
HON. GEORGE H. WU,
United States District Judge

1

[PROPOSED] ORDER EXTENDING DEFENDANTS' TIME TO RESPOND TO COMPLAINT