**LEVI & KORSINSKY, LLP**
Adam M. Apton (SBN 316506)
aapton@zlk.com
515 South Flower Street
18th and 19th Floors
Los Angeles, CA 90071
Tel: (213) 985-7290

*Attorneys for Mitchell Lvovsky,*
*individually and on behalf of Premium*
*Coastal Investments LLC and ALM*
*Sababa Investments LLC*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WARREN HERN, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> ALEXANDRIA REAL ESTATE EQUITIES, INC., PETER M. MOGLIA, MARC E. BINDA, and JOEL S. MARCUS, <br><br> Defendants. | No.: 2:25-cv-11319-GHW-AGR <br><br> **DECLARATION OF ADAM M. APTON IN SUPPORT OF MITCHELL LVOVSKY, INDIVIDUALLY AND ON BEHALF OF PREMIUM COASTAL INVESTMENTS LLC AND ALM SABABA INVESTMENTS LLC'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL** <br><br> Judge: Hon. George H. Wu <br> Date: February 23, 2026 <br> Time: 8:30 a.m. <br> Courtroom #9D |

I, ADAM M. APTON hereby declare that:

1.      I am a member in good standing of the Bar of this Court, and a partner in the law firm of Levi & Korsinsky, LLP, counsel for proposed Lead Plaintiff Movant Mitchell Lvovsky, individually and on behalf of Premium Coastal Investments LLC and ALM Sababa Investments LLC (collectively "Movant"), and proposed Lead Counsel for the class.

2.      I make this Declaration in support of Movant's Motion for Appointment as Lead Plaintiff and Approval of Selection of Counsel. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

3.      Attached hereto as **<u>Exhibit A</u>** is a true and correct copy of the certification signed by Movant and the assignment of claims to Movant from his wife.

4.      Attached hereto as **<u>Exhibit B</u>** is a true and correct copy of the loss chart detailing the losses sustained by Movant.

5.      Attached hereto as **<u>Exhibit C</u>** is a true and correct copy of the press release announcing the filing of the above-captioned action, which was filed in this Court on November 25, 2025.

6.      Attached hereto as **<u>Exhibit D</u>** is a true and correct copy of the Declaration signed by Movant in support of his lead plaintiff motion.

7.    Attached hereto as **<u>Exhibit E</u>** is a true and correct copy of the firm resume of Levi & Korsinsky, LLP.

I declare under the penalty of perjury of the laws of the United States of America and the state of California that the foregoing is true to the best of my knowledge.


Dated: January 26, 2026          <u>*/s/ Adam M. Apton*</u>
                                  Adam M. Apton

DECLARATION OF ADAM M. APTON

Case No. 2:25-cv-11319-GHW-AGR

3

## CERTIFICATE OF SERVICE

I, Adam M. Apton, hereby declare under penalty of perjury of the laws of the United States of America and the State of California as follows:

I am a partner attorney at Levi & Korsinsky, LLP, with offices at 515 South Flower Street, 18th and 19th Floors, Los Angeles, CA 90071. I am over the age of eighteen.

On January 26, 2026, I electronically filed the following **DECLARATION OF ADAM M. APTON IN SUPPORT OF MOTION OF MITCHELL LVOVSKY, INDIVIDUALLY AND ON BEHALF OF PREMIUM COASTAL INVESTMENTS LLC AND ALM SABABA INVESTMENTS LLC FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL** with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel of record.

Executed on January 26, 2026.

/s/ Adam M. Apton
Adam M. Apton

DECLARATION OF ADAM M. APTON

Case No. 2:25-cv-11319-GHW-AGR

4