# EXHIBIT B

| Client Name | Mitchell Lvovsky |
| --- | --- |
| Company Name | Alexandria Real Estate Equities, Inc. |
| Ticker Symbol | ARE |
| Security Type | |
| Class Period Start | 01-27-2025 |
| Class Period End | 10-27-2025 |
| 90-DAY Lookback Period Start | 10-28-2025 |
| 90-DAY Lookback Period End | 01-22-2026 |
| 90-DAY Lookback Average | $ 51.87 |
| Account Number | 1 |

| SUMMARY OF FINANCIAL INTEREST | |
| --- | --- |
| LIFO Loss Total | $5,153.37 |
| DURA LIFO* Total | $5,153.37 |
| Gross Shares Purchased | 191 |
| Net Shares Retained | 191 |
| Net Funds Expended | $15,059.89 |

| Purchases | | | | Sales | | | | | | Retained | | | | Losses | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Trade Date | Shares Purchased During the CP | Price Per Share | Total Cost | Trade Date | Shares Sold During the CP | Shares Sold During the LBP1 | Price Per Share2 | Proceeds from CP Sales | Proceeds from LBP Sales | Shares Retained at End of CP | Shares Retained at End of LBP | Per Share Value | Retained Value | LIFO | DURA LIFO* |
| 01-28-2025 | 2 | 96.3 | $ 192.60 | | | | | | - | 2 | 2 | $ 51.87 | $ 103.73 | $ 88.87 | $ 88.87 |
| 01-28-2025 | 2 | 96.6 | $ 193.20 | | | | | | - | 2 | 2 | $ 51.87 | $ 103.73 | $ 89.47 | $ 89.47 |
| 01-28-2025 | 2 | 97.6 | $ 195.20 | | | | | | - | 2 | 2 | $ 51.87 | $ 103.73 | $ 91.47 | $ 91.47 |
| 01-29-2025 | 2 | 95.55 | $ 191.10 | | | | | | - | 2 | 2 | $ 51.87 | $ 103.73 | $ 87.37 | $ 87.37 |
| 01-30-2025 | 2 | 95.11 | $ 190.22 | | | | | | - | 2 | 2 | $ 51.87 | $ 103.73 | $ 86.49 | $ 86.49 |
| 02-03-2025 | 2 | 94.6 | $ 189.20 | | | | | | - | 2 | 2 | $ 51.87 | $ 103.73 | $ 85.47 | $ 85.47 |
| 02-03-2025 | 2 | 94.6 | $ 189.20 | | | | | | - | 2 | 2 | $ 51.87 | $ 103.73 | $ 85.47 | $ 85.47 |
| 02-03-2025 | 2 | 94.62 | $ 189.24 | | | | | | - | 2 | 2 | $ 51.87 | $ 103.73 | $ 85.51 | $ 85.51 |
| 02-03-2025 | 2 | 94.8 | $ 189.60 | | | | | | - | 2 | 2 | $ 51.87 | $ 103.73 | $ 85.87 | $ 85.87 |
| 02-03-2025 | 2 | 95.15 | $ 190.30 | | | | | | - | 2 | 2 | $ 51.87 | $ 103.73 | $ 86.57 | $ 86.57 |
| 02-03-2025 | 1 | 94.55 | $ 94.55 | | | | | | - | 1 | 1 | $ 51.87 | $ 51.87 | $ 42.68 | $ 42.68 |
| 02-04-2025 | 2 | 94.2 | $ 188.40 | | | | | | - | 2 | 2 | $ 51.87 | $ 103.73 | $ 84.67 | $ 84.67 |
| 02-04-2025 | 2 | 94.44 | $ 188.88 | | | | | | - | 2 | 2 | $ 51.87 | $ 103.73 | $ 85.15 | $ 85.15 |
| 02-04-2025 | 2 | 94.8 | $ 189.60 | | | | | | - | 2 | 2 | $ 51.87 | $ 103.73 | $ 85.87 | $ 85.87 |
| 02-12-2025 | 2 | 93.56 | $ 187.12 | | | | | | - | 2 | 2 | $ 51.87 | $ 103.73 | $ 83.39 | $ 83.39 |
| 02-14-2025 | 2 | 94.95 | $ 189.90 | | | | | | - | 2 | 2 | $ 51.87 | $ 103.73 | $ 86.17 | $ 86.17 |
| 03-21-2025 | 1 | 96.02 | $ 96.02 | | | | | | - | 1 | 1 | $ 51.87 | $ 51.87 | $ 44.15 | $ 44.15 |
| 03-21-2025 | 1 | 96.5 | $ 96.50 | | | | | | - | 1 | 1 | $ 51.87 | $ 51.87 | $ 44.63 | $ 44.63 |
| 03-25-2025 | 1 | 95.85 | $ 95.85 | | | | | | - | 1 | 1 | $ 51.87 | $ 51.87 | $ 43.98 | $ 43.98 |
| 03-27-2025 | 1 | 95.73 | $ 95.73 | | | | | | - | 1 | 1 | $ 51.87 | $ 51.87 | $ 43.86 | $ 43.86 |
| 03-28-2025 | 1 | 95.15 | $ 95.15 | | | | | | - | 1 | 1 | $ 51.87 | $ 51.87 | $ 43.28 | $ 43.28 |
| 03-31-2025 | 3 | 91.2 | $ 273.60 | | | | | | - | 3 | 3 | $ 51.87 | $ 155.60 | $ 118.00 | $ 118.00 |
| 03-31-2025 | 1 | 92.5 | $ 92.50 | | | | | | - | 1 | 1 | $ 51.87 | $ 51.87 | $ 40.63 | $ 40.63 |
| 04-02-2025 | 2 | 90.35 | $ 180.70 | | | | | | - | 2 | 2 | $ 51.87 | $ 103.73 | $ 76.97 | $ 76.97 |
| 04-03-2025 | 3 | 87.55 | $ 262.65 | | | | | | - | 3 | 3 | $ 51.87 | $ 155.60 | $ 107.05 | $ 107.05 |
| 04-03-2025 | 1 | 87.5 | $ 87.50 | | | | | | - | 1 | 1 | $ 51.87 | $ 51.87 | $ 35.63 | $ 35.63 |
| 04-03-2025 | 1 | 90.05 | $ 90.05 | | | | | | - | 1 | 1 | $ 51.87 | $ 51.87 | $ 38.18 | $ 38.18 |
| 04-04-2025 | 3 | 81.96 | $ 245.88 | | | | | | - | 3 | 3 | $ 51.87 | $ 155.60 | $ 90.28 | $ 90.28 |
| 04-04-2025 | 2 | 81.78 | $ 163.56 | | | | | | - | 2 | 2 | $ 51.87 | $ 103.73 | $ 59.83 | $ 59.83 |
| 04-04-2025 | 2 | 82.2 | $ 164.40 | | | | | | - | 2 | 2 | $ 51.87 | $ 103.73 | $ 60.67 | $ 60.67 |
| 04-04-2025 | 2 | 84.5 | $ 169.00 | | | | | | - | 2 | 2 | $ 51.87 | $ 103.73 | $ 65.27 | $ 65.27 |
| 04-07-2025 | 5 | 78.55 | $ 392.75 | | | | | | - | 5 | 5 | $ 51.87 | $ 259.33 | $ 133.42 | $ 133.42 |
| 04-07-2025 | 3 | 77.9 | $ 233.70 | | | | | | - | 3 | 3 | $ 51.87 | $ 155.60 | $ 78.10 | $ 78.10 |
| 04-08-2025 | 3 | 78.33 | $ 234.99 | | | | | | - | 3 | 3 | $ 51.87 | $ 155.60 | $ 79.39 | $ 79.39 |
| 04-08-2025 | 2 | 75.85 | $ 151.70 | | | | | | - | 2 | 2 | $ 51.87 | $ 103.73 | $ 47.97 | $ 47.97 |
| 04-08-2025 | 2 | 77.5 | $ 155.00 | | | | | | - | 2 | 2 | $ 51.87 | $ 103.73 | $ 51.27 | $ 51.27 |
| 04-09-2025 | 1 | 72.9 | $ 72.90 | | | | | | - | 1 | 1 | $ 51.87 | $ 51.87 | $ 21.03 | $ 21.03 |
| 04-10-2025 | 2 | 73.6 | $ 147.20 | | | | | | - | 2 | 2 | $ 51.87 | $ 103.73 | $ 43.47 | $ 43.47 |
| 04-10-2025 | 1 | 73.85 | $ 73.85 | | | | | | - | 1 | 1 | $ 51.87 | $ 51.87 | $ 21.98 | $ 21.98 |
| 04-10-2025 | 1 | 75.55 | $ 75.55 | | | | | | - | 1 | 1 | $ 51.87 | $ 51.87 | $ 23.68 | $ 23.68 |
| 04-16-2025 | 1 | 76.85 | $ 76.85 | | | | | | - | 1 | 1 | $ 51.87 | $ 51.87 | $ 24.98 | $ 24.98 |
| 04-16-2025 | 1 | 77.6 | $ 77.60 | | | | | | - | 1 | 1 | $ 51.87 | $ 51.87 | $ 25.73 | $ 25.73 |
| 04-21-2025 | 2 | 74.92 | $ 149.84 | | | | | | - | 2 | 2 | $ 51.87 | $ 103.73 | $ 46.11 | $ 46.11 |
| 04-21-2025 | 1 | 75.8 | $ 75.80 | | | | | | - | 1 | 1 | $ 51.87 | $ 51.87 | $ 23.93 | $ 23.93 |
| 04-25-2025 | 2 | 75.62 | $ 151.24 | | | | | | - | 2 | 2 | $ 51.87 | $ 103.73 | $ 47.51 | $ 47.51 |
| 04-28-2025 | 2 | 75.81 | $ 151.62 | | | | | | - | 2 | 2 | $ 51.87 | $ 103.73 | $ 47.89 | $ 47.89 |
| 04-28-2025 | 1 | 77.13 | $ 77.13 | | | | | | - | 1 | 1 | $ 51.87 | $ 51.87 | $ 25.26 | $ 25.26 |
| 04-29-2025 | 2 | 71.65 | $ 143.30 | | | | | | - | 2 | 2 | $ 51.87 | $ 103.73 | $ 39.57 | $ 39.57 |
| 04-29-2025 | 2 | 71.8 | $ 143.60 | | | | | | - | 2 | 2 | $ 51.87 | $ 103.73 | $ 39.87 | $ 39.87 |
| 04-29-2025 | 2 | 72.02 | $ 144.04 | | | | | | - | 2 | 2 | $ 51.87 | $ 103.73 | $ 40.31 | $ 40.31 |
| 04-29-2025 | 2 | 72.03 | $ 144.06 | | | | | | - | 2 | 2 | $ 51.87 | $ 103.73 | $ 40.33 | $ 40.33 |
| 04-29-2025 | 2 | 72.4 | $ 144.80 | | | | | | - | 2 | 2 | $ 51.87 | $ 103.73 | $ 41.07 | $ 41.07 |
| 04-29-2025 | 2 | 73.3 | $ 146.60 | | | | | | - | 2 | 2 | $ 51.87 | $ 103.73 | $ 42.87 | $ 42.87 |
| 04-29-2025 | 2 | 74.65 | $ 149.30 | | | | | | - | 2 | 2 | $ 51.87 | $ 103.73 | $ 45.57 | $ 45.57 |

| Date | Shares | Price | Amount | | - | Shares | Shares | Avg | Amount | Loss | Loss |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 04-29-2025 | 2 | 74.8 | $149.60 | | - | 2 | 2 | $51.87 | $103.73 | $45.87 | $45.87 |
| 04-29-2025 | 1 | 72.55 | $72.55 | | - | 1 | 1 | $51.87 | $51.87 | $20.68 | $20.68 |
| 04-29-2025 | 1 | 74.8 | $74.80 | | - | 1 | 1 | $51.87 | $51.87 | $22.93 | $22.93 |
| 04-30-2025 | 3 | 70.9 | $212.70 | | - | 3 | 3 | $51.87 | $155.60 | $57.10 | $57.10 |
| 04-30-2025 | 3 | 71.11 | $213.33 | | - | 3 | 3 | $51.87 | $155.60 | $57.73 | $57.73 |
| 04-30-2025 | 2 | 71.5 | $143.00 | | - | 2 | 2 | $51.87 | $103.73 | $39.27 | $39.27 |
| 04-30-2025 | 2 | 71.5 | $143.00 | | - | 2 | 2 | $51.87 | $103.73 | $39.27 | $39.27 |
| 05-01-2025 | 1 | 73.5 | $73.50 | | - | 1 | 1 | $51.87 | $51.87 | $21.63 | $21.63 |
| 05-05-2025 | 1 | 73.5 | $73.50 | | - | 1 | 1 | $51.87 | $51.87 | $21.63 | $21.63 |
| 05-06-2025 | 2 | 71.55 | $143.10 | | - | 2 | 2 | $51.87 | $103.73 | $39.37 | $39.37 |
| 05-06-2025 | 2 | 72.51 | $145.02 | | - | 2 | 2 | $51.87 | $103.73 | $41.29 | $41.29 |
| 05-06-2025 | 1 | 71.55 | $71.55 | | - | 1 | 1 | $51.87 | $51.87 | $19.68 | $19.68 |
| 05-06-2025 | 1 | 71.75 | $71.75 | | - | 1 | 1 | $51.87 | $51.87 | $19.88 | $19.88 |
| 05-06-2025 | 1 | 73 | $73.00 | | - | 1 | 1 | $51.87 | $51.87 | $21.13 | $21.13 |
| 05-13-2025 | 2 | 71.8 | $143.60 | | - | 2 | 2 | $51.87 | $103.73 | $39.87 | $39.87 |
| 05-13-2025 | 2 | 73.35 | $146.70 | | - | 2 | 2 | $51.87 | $103.73 | $42.97 | $42.97 |
| 05-14-2025 | 4 | 70.6 | $282.40 | | - | 4 | 4 | $51.87 | $207.47 | $74.93 | $74.93 |
| 05-14-2025 | 3 | 71.65 | $214.95 | | - | 3 | 3 | $51.87 | $155.60 | $59.35 | $59.35 |
| 05-14-2025 | 2 | 71.3 | $142.60 | | - | 2 | 2 | $51.87 | $103.73 | $38.87 | $38.87 |
| 05-14-2025 | 2 | 71.3 | $142.60 | | - | 2 | 2 | $51.87 | $103.73 | $38.87 | $38.87 |
| 05-14-2025 | 2 | 71.75 | $143.50 | | - | 2 | 2 | $51.87 | $103.73 | $39.77 | $39.77 |
| 05-15-2025 | 1 | 70.55 | $70.55 | | - | 1 | 1 | $51.87 | $51.87 | $18.68 | $18.68 |
| 05-21-2025 | 2 | 69.05 | $138.10 | | - | 2 | 2 | $51.87 | $103.73 | $34.37 | $34.37 |
| 05-21-2025 | 2 | 69.36 | $138.72 | | - | 2 | 2 | $51.87 | $103.73 | $34.99 | $34.99 |
| 05-21-2025 | 2 | 70.3 | $140.60 | | - | 2 | 2 | $51.87 | $103.73 | $36.87 | $36.87 |
| 05-21-2025 | 2 | 70.81 | $141.62 | | - | 2 | 2 | $51.87 | $103.73 | $37.89 | $37.89 |
| 05-21-2025 | 1 | 70.02 | $70.02 | | - | 1 | 1 | $51.87 | $51.87 | $18.15 | $18.15 |
| 05-21-2025 | 1 | 70.3 | $70.30 | | - | 1 | 1 | $51.87 | $51.87 | $18.43 | $18.43 |
| 05-22-2025 | 2 | 68.05 | $136.10 | | - | 2 | 2 | $51.87 | $103.73 | $32.37 | $32.37 |
| 05-23-2025 | 2 | 67.8 | $135.60 | | - | 2 | 2 | $51.87 | $103.73 | $31.87 | $31.87 |
| 06-02-2025 | 1 | 68.82 | $68.82 | | - | 1 | 1 | $51.87 | $51.87 | $16.95 | $16.95 |
| 06-02-2025 | 1 | 69.05 | $69.05 | | - | 1 | 1 | $51.87 | $51.87 | $17.18 | $17.18 |
| 06-03-2025 | 1 | 68.8 | $68.80 | | - | 1 | 1 | $51.87 | $51.87 | $16.93 | $16.93 |
| 06-13-2025 | 1 | 71.8 | $71.80 | | - | 1 | 1 | $51.87 | $51.87 | $19.93 | $19.93 |
| 06-18-2025 | 1 | 70.85 | $70.85 | | - | 1 | 1 | $51.87 | $51.87 | $18.98 | $18.98 |
| 07-28-2025 | 1 | 79.55 | $79.55 | | - | 1 | 1 | $51.87 | $51.87 | $27.68 | $27.68 |
| 07-29-2025 | 1 | 78.88 | $78.88 | | - | 1 | 1 | $51.87 | $51.87 | $27.01 | $27.01 |
| 07-30-2025 | 2 | 77.55 | $155.10 | | - | 2 | 2 | $51.87 | $103.73 | $51.37 | $51.37 |
| 07-30-2025 | 1 | 78.1 | $78.10 | | - | 1 | 1 | $51.87 | $51.87 | $26.23 | $26.23 |
| 07-30-2025 | 1 | 78.55 | $78.55 | | - | 1 | 1 | $51.87 | $51.87 | $26.68 | $26.68 |
| 07-31-2025 | 2 | 76.33 | $152.66 | | - | 2 | 2 | $51.87 | $103.73 | $48.93 | $48.93 |
| 07-31-2025 | 2 | 76.55 | $153.10 | | - | 2 | 2 | $51.87 | $103.73 | $49.37 | $49.37 |
| 08-01-2025 | 2 | 75.55 | $151.10 | | - | 2 | 2 | $51.87 | $103.73 | $47.37 | $47.37 |
| 08-06-2025 | 2 | 74.1 | $148.20 | | - | 2 | 2 | $51.87 | $103.73 | $44.47 | $44.47 |
| 08-06-2025 | 2 | 74.18 | $148.36 | | - | 2 | 2 | $51.87 | $103.73 | $44.63 | $44.63 |
| 08-06-2025 | 1 | 73.84 | $73.84 | | - | 1 | 1 | $51.87 | $51.87 | $21.97 | $21.97 |
| 08-11-2025 | 3 | 71.77 | $215.31 | | - | 3 | 3 | $51.87 | $155.60 | $59.71 | $59.71 |
| 08-11-2025 | 2 | 72.44 | $144.88 | | - | 2 | 2 | $51.87 | $103.73 | $41.15 | $41.15 |
| 08-11-2025 | 2 | 72.66 | $145.32 | | - | 2 | 2 | $51.87 | $103.73 | $41.59 | $41.59 |
| 08-11-2025 | 2 | 73.55 | $147.10 | | - | 2 | 2 | $51.87 | $103.73 | $43.37 | $43.37 |
| 10-08-2025 | 1 | 75.51 | $75.51 | | - | 1 | 1 | $51.87 | $51.87 | $23.64 | $23.64 |
| 10-09-2025 | 1 | 74.44 | $74.44 | | - | 1 | 1 | $51.87 | $51.87 | $22.57 | $22.57 |
| 10-09-2025 | 1 | 74.77 | $74.77 | | - | 1 | 1 | $51.87 | $51.87 | $22.90 | $22.90 |
| 10-10-2025 | 1 | 72.96 | $72.96 | | - | 1 | 1 | $51.87 | $51.87 | $21.09 | $21.09 |
| 10-10-2025 | 1 | 73.66 | $73.66 | | - | 1 | 1 | $51.87 | $51.87 | $21.79 | $21.79 |
| **Total:** | **191** | | **$15,059.89** | | | **191** | **191** | | **$9,906.52** | **$5,153.37** | **$5,153.37** |

| Client Name | Mitchell Lvovsky |
|---|---|
| Company Name | Alexandria Real Estate Equities, Inc. |
| Ticker Symbol | ARE |
| Security Type | |
| Class Period Start | 01-27-2025 |
| Class Period End | 10-27-2025 |
| 90-DAY Lookback Period Start | 10-28-2025 |
| 90-DAY Lookback Period End | 01-22-2026 |
| 90-DAY Lookback Average | $ 51.87 |
| Account Number | 2 |

| SUMMARY OF FINANCIAL INTEREST | |
|---|---|
| LIFO Loss Total | $4,740.35 |
| DURA LIFO* Total | $4,740.35 |
| Gross Shares Purchased | 187 |
| Net Shares Retained | 187 |
| Net Funds Expended | $14,439.41 |

| Purchases | Sales | Retained | Losses |
|---|---|---|---|

| Trade Date | Shares Purchased During the CP | Price Per Share | Total Cost | Trade Date | Shares Sold During the CP | Shares Sold During the LBP1 | Price Per Share2 | Proceeds from CP Sales | Proceeds from LBP Sales | Shares Retained at End of CP | Shares Retained at End of LBP | Per Share Value | Retained Value | LIFO | DURA LIFO* |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01-28-2025 | 2 | 96.22 | $ 192.44 | | | | | | - | 2 | 2 | $ 51.87 | $ 103.73 | $ 88.71 | $ 88.71 |
| 01-28-2025 | 2 | 97.2 | $ 194.40 | | | | | | - | 2 | 2 | $ 51.87 | $ 103.73 | $ 90.67 | $ 90.67 |
| 01-29-2025 | 2 | 95.75 | $ 191.50 | | | | | | - | 2 | 2 | $ 51.87 | $ 103.73 | $ 87.77 | $ 87.77 |
| 01-29-2025 | 2 | 96.4 | $ 192.80 | | | | | | - | 2 | 2 | $ 51.87 | $ 103.73 | $ 89.07 | $ 89.07 |
| 01-30-2025 | 2 | 95.65 | $ 191.30 | | | | | | - | 2 | 2 | $ 51.87 | $ 103.73 | $ 87.57 | $ 87.57 |
| 01-30-2025 | 2 | 96.55 | $ 193.10 | | | | | | - | 2 | 2 | $ 51.87 | $ 103.73 | $ 89.37 | $ 89.37 |
| 02-03-2025 | 1 | 95.15 | $ 95.15 | | | | | | - | 1 | 1 | $ 51.87 | $ 51.87 | $ 43.28 | $ 43.28 |
| 02-04-2025 | 3 | 94.3 | $ 282.90 | | | | | | - | 3 | 3 | $ 51.87 | $ 155.60 | $ 127.30 | $ 127.30 |
| 02-04-2025 | 2 | 94.2 | $ 188.40 | | | | | | - | 2 | 2 | $ 51.87 | $ 103.73 | $ 84.67 | $ 84.67 |
| 02-04-2025 | 2 | 94.8 | $ 189.60 | | | | | | - | 2 | 2 | $ 51.87 | $ 103.73 | $ 85.87 | $ 85.87 |
| 02-04-2025 | 1 | 94.4 | $ 94.40 | | | | | | - | 1 | 1 | $ 51.87 | $ 51.87 | $ 42.53 | $ 42.53 |
| 02-12-2025 | 2 | 93.56 | $ 187.12 | | | | | | - | 2 | 2 | $ 51.87 | $ 103.73 | $ 83.39 | $ 83.39 |
| 02-12-2025 | 1 | 93.85 | $ 93.85 | | | | | | - | 1 | 1 | $ 51.87 | $ 51.87 | $ 41.98 | $ 41.98 |
| 02-18-2025 | 1 | 94.54 | $ 94.54 | | | | | | - | 1 | 1 | $ 51.87 | $ 51.87 | $ 42.67 | $ 42.67 |
| 02-18-2025 | 1 | 94.8 | $ 94.80 | | | | | | - | 1 | 1 | $ 51.87 | $ 51.87 | $ 42.93 | $ 42.93 |
| 02-21-2025 | 1 | 95.02 | $ 95.02 | | | | | | - | 1 | 1 | $ 51.87 | $ 51.87 | $ 43.15 | $ 43.15 |
| 03-21-2025 | 1 | 96.53 | $ 96.53 | | | | | | - | 1 | 1 | $ 51.87 | $ 51.87 | $ 44.66 | $ 44.66 |
| 03-25-2025 | 1 | 95.37 | $ 95.37 | | | | | | - | 1 | 1 | $ 51.87 | $ 51.87 | $ 43.50 | $ 43.50 |
| 03-31-2025 | 2 | 91.3 | $ 182.60 | | | | | | - | 2 | 2 | $ 51.87 | $ 103.73 | $ 78.87 | $ 78.87 |
| 03-31-2025 | 1 | 93.06 | $ 93.06 | | | | | | - | 1 | 1 | $ 51.87 | $ 51.87 | $ 41.19 | $ 41.19 |
| 04-02-2025 | 1 | 90.4 | $ 90.40 | | | | | | - | 1 | 1 | $ 51.87 | $ 51.87 | $ 38.53 | $ 38.53 |
| 04-03-2025 | 3 | 87.55 | $ 262.65 | | | | | | - | 3 | 3 | $ 51.87 | $ 155.60 | $ 107.05 | $ 107.05 |
| 04-03-2025 | 1 | 87.6 | $ 87.60 | | | | | | - | 1 | 1 | $ 51.87 | $ 51.87 | $ 35.73 | $ 35.73 |
| 04-04-2025 | 2 | 82.2 | $ 164.40 | | | | | | - | 2 | 2 | $ 51.87 | $ 103.73 | $ 60.67 | $ 60.67 |
| 04-04-2025 | 1 | 84.5 | $ 84.50 | | | | | | - | 1 | 1 | $ 51.87 | $ 51.87 | $ 32.63 | $ 32.63 |
| 04-07-2025 | 2 | 78.15 | $ 156.30 | | | | | | - | 2 | 2 | $ 51.87 | $ 103.73 | $ 52.57 | $ 52.57 |
| 04-08-2025 | 2 | 78.33 | $ 156.66 | | | | | | - | 2 | 2 | $ 51.87 | $ 103.73 | $ 52.93 | $ 52.93 |
| 04-16-2025 | 1 | 77.6 | $ 77.60 | | | | | | - | 1 | 1 | $ 51.87 | $ 51.87 | $ 25.73 | $ 25.73 |
| 04-16-2025 | 1 | 78.3 | $ 78.30 | | | | | | - | 1 | 1 | $ 51.87 | $ 51.87 | $ 26.43 | $ 26.43 |
| 04-21-2025 | 2 | 75.5 | $ 151.00 | | | | | | - | 2 | 2 | $ 51.87 | $ 103.73 | $ 47.27 | $ 47.27 |
| 04-24-2025 | 2 | 77.1 | $ 154.20 | | | | | | - | 2 | 2 | $ 51.87 | $ 103.73 | $ 50.47 | $ 50.47 |
| 04-25-2025 | 2 | 76.55 | $ 153.10 | | | | | | - | 2 | 2 | $ 51.87 | $ 103.73 | $ 49.37 | $ 49.37 |
| 04-29-2025 | 3 | 72.36 | $ 217.08 | | | | | | - | 3 | 3 | $ 51.87 | $ 155.60 | $ 61.48 | $ 61.48 |
| 04-29-2025 | 3 | 72.48 | $ 217.44 | | | | | | - | 3 | 3 | $ 51.87 | $ 155.60 | $ 61.84 | $ 61.84 |
| 04-29-2025 | 2 | 72.4 | $ 144.80 | | | | | | - | 2 | 2 | $ 51.87 | $ 103.73 | $ 41.07 | $ 41.07 |
| 04-29-2025 | 2 | 72.51 | $ 145.02 | | | | | | - | 2 | 2 | $ 51.87 | $ 103.73 | $ 41.29 | $ 41.29 |
| 04-29-2025 | 2 | 72.51 | $ 145.02 | | | | | | - | 2 | 2 | $ 51.87 | $ 103.73 | $ 41.29 | $ 41.29 |
| 04-29-2025 | 2 | 72.68 | $ 145.36 | | | | | | - | 2 | 2 | $ 51.87 | $ 103.73 | $ 41.63 | $ 41.63 |
| 04-29-2025 | 2 | 74.8 | $ 149.60 | | | | | | - | 2 | 2 | $ 51.87 | $ 103.73 | $ 45.87 | $ 45.87 |
| 04-29-2025 | 1 | 72.01 | $ 72.01 | | | | | | - | 1 | 1 | $ 51.87 | $ 51.87 | $ 20.14 | $ 20.14 |
| 04-29-2025 | 1 | 73.1 | $ 73.10 | | | | | | - | 1 | 1 | $ 51.87 | $ 51.87 | $ 21.23 | $ 21.23 |
| 04-29-2025 | 1 | 73.3 | $ 73.30 | | | | | | - | 1 | 1 | $ 51.87 | $ 51.87 | $ 21.43 | $ 21.43 |
| 04-29-2025 | 1 | 74.8 | $ 74.80 | | | | | | - | 1 | 1 | $ 51.87 | $ 51.87 | $ 22.93 | $ 22.93 |
| 04-29-2025 | 1 | 74.8 | $ 74.80 | | | | | | - | 1 | 1 | $ 51.87 | $ 51.87 | $ 22.93 | $ 22.93 |
| 04-30-2025 | 3 | 71.11 | $ 213.33 | | | | | | - | 3 | 3 | $ 51.87 | $ 155.60 | $ 57.73 | $ 57.73 |
| 04-30-2025 | 2 | 71.5 | $ 143.00 | | | | | | - | 2 | 2 | $ 51.87 | $ 103.73 | $ 39.27 | $ 39.27 |
| 05-01-2025 | 1 | 73.52 | $ 73.52 | | | | | | - | 1 | 1 | $ 51.87 | $ 51.87 | $ 21.65 | $ 21.65 |
| 05-05-2025 | 2 | 73.55 | $ 147.10 | | | | | | - | 2 | 2 | $ 51.87 | $ 103.73 | $ 43.37 | $ 43.37 |
| 05-05-2025 | 1 | 73.5 | $ 73.50 | | | | | | - | 1 | 1 | $ 51.87 | $ 51.87 | $ 21.63 | $ 21.63 |
| 05-06-2025 | 2 | 71.55 | $ 143.10 | | | | | | - | 2 | 2 | $ 51.87 | $ 103.73 | $ 39.37 | $ 39.37 |
| 05-06-2025 | 2 | 72.65 | $ 145.30 | | | | | | - | 2 | 2 | $ 51.87 | $ 103.73 | $ 41.57 | $ 41.57 |
| 05-06-2025 | 2 | 73 | $ 146.00 | | | | | | - | 2 | 2 | $ 51.87 | $ 103.73 | $ 42.27 | $ 42.27 |
| 05-06-2025 | 1 | 72.51 | $ 72.51 | | | | | | - | 1 | 1 | $ 51.87 | $ 51.87 | $ 20.64 | $ 20.64 |
| 05-06-2025 | 1 | 73 | $ 73.00 | | | | | | - | 1 | 1 | $ 51.87 | $ 51.87 | $ 21.13 | $ 21.13 |
| 05-07-2025 | 3 | 71.8 | $ 215.40 | | | | | | - | 3 | 3 | $ 51.87 | $ 155.60 | $ 59.80 | $ 59.80 |
| 05-07-2025 | 1 | 71.72 | $ 71.72 | | | | | | - | 1 | 1 | $ 51.87 | $ 51.87 | $ 19.85 | $ 19.85 |
| 05-12-2025 | 1 | 74.05 | $ 74.05 | | | | | | - | 1 | 1 | $ 51.87 | $ 51.87 | $ 22.18 | $ 22.18 |
| 05-13-2025 | 3 | 71.8 | $ 215.40 | | | | | | - | 3 | 3 | $ 51.87 | $ 155.60 | $ 59.80 | $ 59.80 |
| 05-13-2025 | 3 | 71.85 | $ 215.55 | | | | | | - | 3 | 3 | $ 51.87 | $ 155.60 | $ 59.95 | $ 59.95 |
| 05-13-2025 | 3 | 71.95 | $ 215.85 | | | | | | - | 3 | 3 | $ 51.87 | $ 155.60 | $ 60.25 | $ 60.25 |
| 05-13-2025 | 3 | 72.15 | $ 216.45 | | | | | | - | 3 | 3 | $ 51.87 | $ 155.60 | $ 60.85 | $ 60.85 |
| 05-13-2025 | 3 | 72.55 | $ 217.65 | | | | | | - | 3 | 3 | $ 51.87 | $ 155.60 | $ 62.05 | $ 62.05 |
| 05-13-2025 | 3 | 72.6 | $ 217.80 | | | | | | - | 3 | 3 | $ 51.87 | $ 155.60 | $ 62.20 | $ 62.20 |
| 05-13-2025 | 2 | 72.51 | $ 145.02 | | | | | | - | 2 | 2 | $ 51.87 | $ 103.73 | $ 41.29 | $ 41.29 |
| 05-13-2025 | 2 | 73.3 | $ 146.60 | | | | | | - | 2 | 2 | $ 51.87 | $ 103.73 | $ 42.87 | $ 42.87 |
| 05-14-2025 | 5 | 70.51 | $ 352.55 | | | | | | - | 5 | 5 | $ 51.87 | $ 259.33 | $ 93.22 | $ 93.22 |
| 05-14-2025 | 4 | 71.3 | $ 285.20 | | | | | | - | 4 | 4 | $ 51.87 | $ 207.47 | $ 77.73 | $ 77.73 |
| 05-14-2025 | 4 | 71.55 | $ 286.20 | | | | | | - | 4 | 4 | $ 51.87 | $ 207.47 | $ 78.73 | $ 78.73 |
| 05-14-2025 | 3 | 71.48 | $ 214.44 | | | | | | - | 3 | 3 | $ 51.87 | $ 155.60 | $ 58.84 | $ 58.84 |
| 05-14-2025 | 2 | 71.82 | $ 143.64 | | | | | | - | 2 | 2 | $ 51.87 | $ 103.73 | $ 39.91 | $ 39.91 |
| 05-14-2025 | 2 | 71.92 | $ 143.84 | | | | | | - | 2 | 2 | $ 51.87 | $ 103.73 | $ 40.11 | $ 40.11 |

| Trade Date | Shares Purchased During the CP | Price Per Share | Total Cost | Sales Trade Date | Shares Sold During the CP | Shares Sold During the LBP1 | Price Per Share2 | Proceeds from CP Sales | Proceeds from LBP Sales | Shares Retained at End of CP | Shares Retained at End of LBP | Per Share Value | Retained Value | LIFO | DURA LIFO* |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05-14-2025 | 1 | 71.55 | $71.55 | | | | | | - | 1 | 1 | $51.87 | $51.87 | $19.68 | $19.68 |
| 05-15-2025 | 1 | 70.7 | $70.70 | | | | | | - | 1 | 1 | $51.87 | $51.87 | $18.83 | $18.83 |
| 05-20-2025 | 1 | 72.7 | $72.70 | | | | | | - | 1 | 1 | $51.87 | $51.87 | $20.83 | $20.83 |
| 05-21-2025 | 2 | 68.9 | $137.80 | | | | | | - | 2 | 2 | $51.87 | $103.73 | $34.07 | $34.07 |
| 05-21-2025 | 2 | 69.05 | $138.10 | | | | | | - | 2 | 2 | $51.87 | $103.73 | $34.37 | $34.37 |
| 05-21-2025 | 2 | 69.55 | $139.10 | | | | | | - | 2 | 2 | $51.87 | $103.73 | $35.37 | $35.37 |
| 05-21-2025 | 2 | 70.3 | $140.60 | | | | | | - | 2 | 2 | $51.87 | $103.73 | $36.87 | $36.87 |
| 05-21-2025 | 2 | 70.8 | $141.60 | | | | | | - | 2 | 2 | $51.87 | $103.73 | $37.87 | $37.87 |
| 05-21-2025 | 2 | 71.65 | $143.30 | | | | | | - | 2 | 2 | $51.87 | $103.73 | $39.57 | $39.57 |
| 05-21-2025 | 1 | 70.03 | $70.03 | | | | | | - | 1 | 1 | $51.87 | $51.87 | $18.16 | $18.16 |
| 05-21-2025 | 1 | 71.65 | $71.65 | | | | | | - | 1 | 1 | $51.87 | $51.87 | $19.78 | $19.78 |
| 05-22-2025 | 2 | 67.55 | $135.10 | | | | | | - | 2 | 2 | $51.87 | $103.73 | $31.37 | $31.37 |
| 06-02-2025 | 1 | 69.05 | $69.05 | | | | | | - | 1 | 1 | $51.87 | $51.87 | $17.18 | $17.18 |
| 06-11-2025 | 1 | 73.4 | $73.40 | | | | | | - | 1 | 1 | $51.87 | $51.87 | $21.53 | $21.53 |
| 06-13-2025 | 1 | 71.8 | $71.80 | | | | | | - | 1 | 1 | $51.87 | $51.87 | $19.93 | $19.93 |
| 07-30-2025 | 2 | 78.3 | $156.60 | | | | | | - | 2 | 2 | $51.87 | $103.73 | $52.87 | $52.87 |
| 07-30-2025 | 2 | 78.5 | $157.00 | | | | | | - | 2 | 2 | $51.87 | $103.73 | $53.27 | $53.27 |
| 07-31-2025 | 2 | 76.3 | $152.60 | | | | | | - | 2 | 2 | $51.87 | $103.73 | $48.87 | $48.87 |
| 07-31-2025 | 2 | 76.55 | $153.10 | | | | | | - | 2 | 2 | $51.87 | $103.73 | $49.37 | $49.37 |
| 07-31-2025 | 2 | 77.4 | $154.80 | | | | | | - | 2 | 2 | $51.87 | $103.73 | $51.07 | $51.07 |
| 08-01-2025 | 2 | 75.57 | $151.14 | | | | | | - | 2 | 2 | $51.87 | $103.73 | $47.41 | $47.41 |
| 08-06-2025 | 2 | 74.16 | $148.32 | | | | | | - | 2 | 2 | $51.87 | $103.73 | $44.59 | $44.59 |
| 08-11-2025 | 3 | 71.77 | $215.31 | | | | | | - | 3 | 3 | $51.87 | $155.60 | $59.71 | $59.71 |
| 08-11-2025 | 2 | 72.66 | $145.32 | | | | | | - | 2 | 2 | $51.87 | $103.73 | $41.59 | $41.59 |
| 08-11-2025 | 2 | 73.55 | $147.10 | | | | | | - | 2 | 2 | $51.87 | $103.73 | $43.37 | $43.37 |
| 10-09-2025 | 1 | 74.21 | $74.21 | | | | | | - | 1 | 1 | $51.87 | $51.87 | $22.34 | $22.34 |
| 10-09-2025 | 1 | 74.66 | $74.66 | | | | | | - | 1 | 1 | $51.87 | $51.87 | $22.79 | $22.79 |
| 10-10-2025 | 1 | 73.5 | $73.50 | | | | | | - | 1 | 1 | $51.87 | $51.87 | $21.63 | $21.63 |
| 10-10-2025 | 1 | 73.77 | $73.77 | | | | | | - | 1 | 1 | $51.87 | $51.87 | $21.90 | $21.90 |
| 10-10-2025 | 1 | 74.02 | $74.02 | | | | | | - | 1 | 1 | $51.87 | $51.87 | $22.15 | $22.15 |
| 10-13-2025 | 2 | 72.92 | $145.84 | | | | | | - | 2 | 2 | $51.87 | $103.73 | $42.11 | $42.11 |
| **Total:** | **187** | | **$14,439.41** | | | | | | | **187** | **187** | | **$9,699.06** | **$4,740.35** | **$4,740.35** |

| | |
|---|---|
| Client Name | Premium Coastal Investments LLC |
| Company Name | Alexandria Real Estate Equities, Inc. |
| Ticker Symbol | ARE |
| Security Type | |
| Class Period Start | 01-27-2025 |
| Class Period End | 10-27-2025 |
| 90-DAY Lookback Period Start | 10-28-2025 |
| 90-DAY Lookback Period End | 01-22-2026 |
| 90-DAY Lookback Average | $ 51.87 |
| Account Number | 3 |

| SUMMARY OF FINANCIAL INTEREST | |
|---|---|
| LIFO Loss Total | $3,216.59 |
| DURA LIFO* Total | $2,120.14 |
| Gross Shares Purchased | 185 |
| Net Shares Retained | 55 |
| Net Funds Expended | $6,069.25 |

| Purchases | | | | Sales | | | | | | Retained | | | | Losses | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Trade Date | Shares Purchased During the CP | Price Per Share | Total Cost | Trade Date | Shares Sold During the CP | Shares Sold During the LBP1 | Price Per Share2 | Proceeds from CP Sales | Proceeds from LBP Sales | Shares Retained at End of CP | Shares Retained at End of LBP | Per Share Value | Retained Value | LIFO | DURA LIFO* |
| 02-03-2025 | 5 | 94.4 | $472.00 | | | | | | - | 5 | 5 | $51.87 | $259.33 | $212.67 | $212.67 |
| 02-12-2025 | 5 | 93.35 | $466.75 | | | | | | - | 5 | 5 | $51.87 | $259.33 | $207.42 | $207.42 |
| 02-12-2025 | 5 | 93.45 | $467.25 | | | | | | - | 5 | 5 | $51.87 | $259.33 | $207.92 | $207.92 |
| 02-12-2025 | 5 | 93.56 | $467.80 | | | | | | - | 5 | 5 | $51.87 | $259.33 | $208.47 | $208.47 |
| 03-19-2025 | 5 | 96.8 | $484.00 | | | | | | - | 5 | 5 | $51.87 | $259.33 | $224.67 | $224.67 |
| 03-21-2025 | 5 | 95.43 | $477.15 | | | | | | - | 5 | 5 | $51.87 | $259.33 | $217.82 | $217.82 |
| 03-21-2025 | 5 | 96.53 | $482.65 | | | | | | - | 5 | 5 | $51.87 | $259.33 | $223.32 | $223.32 |
| 03-28-2025 | 5 | 95.15 | $475.75 | | | | | | - | 5 | 5 | $51.87 | $259.33 | $216.42 | $216.42 |
| 03-31-2025 | 5 | 91.93 | $459.65 | | | | | | - | 5 | 5 | $51.87 | $259.33 | $200.32 | $200.32 |
| 03-31-2025 | 5 | 92.13 | $460.65 | 06-20-2025 | 5 | | $71.44 | $357.20 | - | - | - | $51.87 | | $103.45 | |
| 03-31-2025 | 5 | 92.13 | $460.65 | 06-20-2025 | 5 | | $71.44 | $357.20 | - | - | - | $51.87 | | $103.45 | |
| 03-31-2025 | 5 | 92.78 | $463.90 | 06-20-2025 | 5 | | $71.44 | $357.20 | - | - | - | $51.87 | | $106.70 | |
| 03-31-2025 | 5 | 93.23 | $466.15 | 06-20-2025 | 5 | | $71.44 | $357.20 | - | - | - | $51.87 | | $108.95 | |
| 04-01-2025 | 5 | 90.75 | $453.75 | 06-20-2025 | 5 | | $71.44 | $357.20 | - | - | - | $51.87 | | $96.55 | |
| 04-03-2025 | 10 | 87.45 | $874.50 | 06-20-2025 | 10 | | $71.44 | $714.40 | - | - | - | $51.87 | | $160.10 | |
| 04-04-2025 | 10 | 82.02 | $820.20 | 06-20-2025 | 10 | | $71.44 | $714.40 | - | - | - | $51.87 | | $105.80 | |
| 04-04-2025 | 10 | 84.5 | $845.00 | 06-20-2025 | 10 | | $71.44 | $714.40 | - | - | - | $51.87 | | $130.60 | |
| 04-07-2025 | 10 | 78.03 | $780.30 | 06-20-2025 | 10 | | $71.44 | $714.40 | - | - | - | $51.87 | | $65.90 | |
| 04-25-2025 | 5 | 75.7 | $378.50 | 06-20-2025 | 5 | | $71.44 | $357.20 | - | - | - | $51.87 | | $21.30 | |
| 04-25-2025 | 5 | 76.1 | $380.50 | 06-20-2025 | 5 | | $71.44 | $357.20 | - | - | - | $51.87 | | $23.30 | |
| 04-25-2025 | 5 | 76.6 | $383.00 | 06-20-2025 | 5 | | $71.44 | $357.20 | - | - | - | $51.87 | | $25.80 | |
| 04-29-2025 | 5 | 71.8 | $359.00 | 06-20-2025 | 5 | | $71.44 | $357.20 | - | - | - | $51.87 | | $01.80 | |

| Trade Date | Shares Purchased During the CP | Price Per Share | Total Cost | Trade Date | Shares Sold During the CP | Shares Sold During the LBP1 | Price Per Share2 | Proceeds from CP Sales | Proceeds from LBP Sales | Shares Retained at End of CP | Shares Retained at End of LBP | Per Share Value | Retained Value | LIFO | DURA LIFO* |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 04-29-2025 | 5 | 72.05 | $360.25 | 06-20-2025 | 5 | | $71.44 | $357.20 | - | | | $51.87 | | $03.05 | |
| 04-29-2025 | 5 | 74.8 | $374.00 | 06-20-2025 | 5 | | $71.44 | $357.20 | - | | | $51.87 | | $16.80 | |
| 04-29-2025 | 5 | 74.8 | $374.00 | 06-20-2025 | 5 | | $71.44 | $357.20 | - | | | $51.87 | | $16.80 | |
| 04-30-2025 | 5 | 71.2 | $356.00 | 06-20-2025 | 5 | | $71.44 | $357.20 | - | | | $51.87 | | -$01.20 | -$01.20 |
| 05-06-2025 | 5 | 72.3 | $361.50 | 06-20-2025 | 5 | | $71.44 | $357.20 | - | | | $51.87 | | $04.30 | |
| 05-07-2025 | 5 | 71.8 | $359.00 | 06-20-2025 | 5 | | $71.44 | $357.20 | - | | | $51.87 | | $01.80 | |
| 05-14-2025 | 5 | 70.56 | $352.80 | 06-20-2025 | 5 | | $71.44 | $357.20 | - | | | $51.87 | | -$04.40 | -$04.40 |
| 05-14-2025 | 5 | 70.85 | $354.25 | 06-20-2025 | 5 | | $71.44 | $357.20 | - | | | $51.87 | | -$02.95 | -$02.95 |
| 05-14-2025 | 5 | 71.02 | $355.10 | 06-20-2025 | 5 | | $71.44 | $357.20 | - | | | $51.87 | | -$02.10 | -$02.10 |
| 08-07-2025 | 5 | 73.65 | $368.25 | | | | | | - | 5 | 5 | $51.87 | $259.33 | $108.92 | $108.92 |
| 08-11-2025 | 5 | 72.44 | $362.20 | | | | | | - | 5 | 5 | $51.87 | $259.33 | $102.87 | $102.87 |
| Total: | 185 | | $15,356.45 | | 130 | | | $9,287.20 | | 55 | 55 | | $2,852.66 | $3,216.59 | $2,120.14 |

| | |
|---|---|
| Client Name | ALM Sababa Investments LLC |
| Company Name | Alexandria Real Estate Equities, Inc. |
| Ticker Symbol | ARE |
| Security Type | |
| Class Period Start | 01-27-2025 |
| Class Period End | 10-27-2025 |
| 90-DAY Lookback Period Start | 10-28-2025 |
| 90-DAY Lookback Period End | 01-22-2026 |
| 90-DAY Lookback Average | $ 51.87 |
| Account Number | 4 |

| SUMMARY OF FINANCIAL INTEREST | |
|---|---|
| LIFO Loss Total | $2,338.82 |
| DURA LIFO* Total | $2,240.27 |
| Gross Shares Purchased | 145 |
| Net Shares Retained | 65 |
| Net Funds Expended | $5,710.15 |

| | Purchases | | | | Sales | | | | | Retained | | | | Losses | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Trade Date | Shares Purchased During the CP | Price Per Share | Total Cost | Trade Date | Shares Sold During the CP | Shares Sold During the LBP1 | Price Per Share2 | Proceeds from CP Sales | Proceeds from LBP Sales | Shares Retained at End of CP | Shares Retained at End of LBP | Per Share Value | Retained Value | LIFO | DURA LIFO* |
| 01-28-2025 | 5 | 96.27 | $481.35 | | | | | | - | 5 | 5 | $51.87 | $259.33 | $222.02 | $222.02 |
| 01-30-2025 | 5 | 95.03 | $475.15 | | | | | | - | 5 | 5 | $51.87 | $259.33 | $215.82 | $215.82 |
| 02-03-2025 | 5 | 94.55 | $472.75 | | | | | | - | 5 | 5 | $51.87 | $259.33 | $213.42 | $213.42 |
| 02-12-2025 | 5 | 93.53 | $467.65 | | | | | | - | 5 | 5 | $51.87 | $259.33 | $208.32 | $208.32 |
| 02-12-2025 | 5 | 93.56 | $467.80 | | | | | | - | 5 | 5 | $51.87 | $259.33 | $208.47 | $208.47 |
| 03-25-2025 | 5 | 95.35 | $476.75 | | | | | | - | 5 | 5 | $51.87 | $259.33 | $217.42 | $217.42 |
| 03-31-2025 | 5 | 93.23 | $466.15 | | | | | | - | 5 | 5 | $51.87 | $259.33 | $206.82 | $206.82 |
| 04-01-2025 | 5 | 90.8 | $454.00 | | | | | | - | 5 | 5 | $51.87 | $259.33 | $194.67 | $194.67 |
| 04-03-2025 | 5 | 87.55 | $437.75 | | | | | | - | 5 | 5 | $51.87 | $259.33 | $178.42 | $178.42 |
| 04-04-2025 | 5 | 82.25 | $411.25 | | | | | | - | 5 | 5 | $51.87 | $259.33 | $151.92 | $151.92 |
| 04-04-2025 | 5 | 84.5 | $422.50 | 06-26-2025 | 5 | | $73.90 | $369.50 | - | - | - | $51.87 | | $53.00 | |
| 04-07-2025 | 5 | 78.33 | $391.65 | 06-26-2025 | 5 | | $73.90 | $369.50 | - | - | - | $51.87 | | $22.15 | |
| 04-08-2025 | 5 | 77.3 | $386.50 | 06-26-2025 | 5 | | $73.90 | $369.50 | - | - | - | $51.87 | | $17.00 | |
| 04-21-2025 | 5 | 74.88 | $374.40 | 06-26-2025 | 5 | | $73.90 | $369.50 | - | - | - | $51.87 | | $04.90 | |
| 05-02-2025 | 5 | 74.1 | $370.50 | 06-26-2025 | 5 | | $73.90 | $369.50 | - | - | - | $51.87 | | $01.00 | |
| 05-05-2025 | 5 | 73.5 | $367.50 | 06-26-2025 | 5 | | $73.90 | $369.50 | - | - | - | $51.87 | | -$02.00 | -$02.00 |
| 05-05-2025 | 5 | 74 | $370.00 | 06-26-2025 | 5 | | $73.90 | $369.50 | - | - | - | $51.87 | | $00.50 | |
| 05-06-2025 | 5 | 73 | $365.00 | 06-26-2025 | 5 | | $73.90 | $369.50 | - | - | - | $51.87 | | -$04.50 | -$04.50 |
| 05-06-2025 | 5 | 73 | $365.00 | 06-26-2025 | 5 | | $73.90 | $369.50 | - | - | - | $51.87 | | -$04.50 | -$04.50 |
| 05-06-2025 | 1 | 71.5 | $71.50 | 06-26-2025 | 1 | | $73.90 | $73.90 | - | - | - | $51.87 | | -$02.40 | -$02.40 |
| 05-07-2025 | 4 | 71.5 | $286.00 | 06-26-2025 | 4 | | $73.90 | $295.60 | - | - | - | $51.87 | | -$09.60 | -$09.60 |
| 05-12-2025 | 5 | 73.3 | $366.50 | 06-26-2025 | 5 | | $73.90 | $369.50 | - | - | - | $51.87 | | -$03.00 | -$03.00 |
| 05-13-2025 | 5 | 72.12 | $360.60 | 06-26-2025 | 5 | | $73.90 | $369.50 | - | - | - | $51.87 | | -$08.90 | -$08.90 |
| 05-13-2025 | 5 | 73.3 | $366.50 | 06-26-2025 | 5 | | $73.90 | $369.50 | - | - | - | $51.87 | | -$03.00 | -$03.00 |
| 05-15-2025 | 5 | 70.55 | $352.75 | 06-26-2025 | 5 | | $73.90 | $369.50 | - | - | - | $51.87 | | -$16.75 | -$16.75 |
| 05-21-2025 | 5 | 68.6 | $343.00 | 06-26-2025 | 5 | | $73.90 | $369.50 | - | - | - | $51.87 | | -$26.50 | -$26.50 |
| 05-21-2025 | 5 | 69.93 | $349.65 | 06-26-2025 | 5 | | $73.90 | $369.50 | - | - | - | $51.87 | | -$19.85 | -$19.85 |
| 08-06-2025 | 5 | 74.2 | $371.00 | | | | | | - | 5 | 5 | $51.87 | $259.33 | $111.67 | $111.67 |
| 08-07-2025 | 5 | 73.65 | $368.25 | | | | | | - | 5 | 5 | $51.87 | $259.33 | $108.92 | $108.92 |
| 08-11-2025 | 5 | 72.55 | $362.75 | | | | | | - | 5 | 5 | $51.87 | $259.33 | $103.42 | $103.42 |
| Total: | 145 | | $11,622.15 | | 80 | | | $5,912.00 | | 65 | 65 | | $3,371.33 | $2,338.82 | $2,240.27 |

| | |
|---|---|
| Client Name | Mitchell Lvovsky |
| Company Name | Alexandria Real Estate Equities, Inc. |
| Ticker Symbol | ARE |
| Security Type | |
| Class Period Start | 01-27-2025 |
| Class Period End | 10-27-2025 |
| 90-DAY Lookback Period Start | 10-28-2025 |
| 90-DAY Lookback Period End | 01-22-2026 |
| 90-DAY Lookback Average | $ 51.87 |
| Account Number | 5 |

| SUMMARY OF FINANCIAL INTEREST | |
|---|---|
| LIFO Loss Total | $1,806.39 |
| DURA LIFO* Total | $1,806.39 |
| Gross Shares Purchased | 79 |
| Net Shares Retained | 79 |
| Net Funds Expended | $5,903.85 |

| | Purchases | | | Sales | | | | | | Retained | | | | Losses | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Trade Date** | **Shares Purchased During the CP** | **Price Per Share** | **Total Cost** | **Trade Date** | **Shares Sold During the CP** | **Shares Sold During the LBP1** | **Price Per Share2** | **Proceeds from CP Sales** | **Proceeds from LBP Sales** | **Shares Retained at End of CP** | **Shares Retained at End of LBP** | **Per Share Value** | **Retained Value** | **LIFO** | **DURA LIFO*** |
| 04-03-2025 | 1 | 87.7 | $ 87.70 | | | | | | - | 1 | 1 | $ 51.87 | $ 51.87 | $ 35.83 | $ 35.83 |
| 04-03-2025 | 1 | 88.01 | $ 88.01 | | | | | | - | 1 | 1 | $ 51.87 | $ 51.87 | $ 36.14 | $ 36.14 |
| 04-03-2025 | 1 | 88.03 | $ 88.03 | | | | | | - | 1 | 1 | $ 51.87 | $ 51.87 | $ 36.16 | $ 36.16 |
| 04-04-2025 | 2 | 84.5 | $ 169.00 | | | | | | - | 2 | 2 | $ 51.87 | $ 103.73 | $ 65.27 | $ 65.27 |
| 04-16-2025 | 1 | 77.8 | $ 77.80 | | | | | | - | 1 | 1 | $ 51.87 | $ 51.87 | $ 25.93 | $ 25.93 |
| 04-17-2025 | 1 | 77.73 | $ 77.73 | | | | | | - | 1 | 1 | $ 51.87 | $ 51.87 | $ 25.86 | $ 25.86 |
| 04-17-2025 | 1 | 77.9 | $ 77.90 | | | | | | - | 1 | 1 | $ 51.87 | $ 51.87 | $ 26.03 | $ 26.03 |
| 04-17-2025 | 1 | 78.03 | $ 78.03 | | | | | | - | 1 | 1 | $ 51.87 | $ 51.87 | $ 26.16 | $ 26.16 |
| 04-17-2025 | 1 | 78.06 | $ 78.06 | | | | | | - | 1 | 1 | $ 51.87 | $ 51.87 | $ 26.19 | $ 26.19 |
| 04-21-2025 | 3 | 75.12 | $ 225.36 | | | | | | - | 3 | 3 | $ 51.87 | $ 155.60 | $ 69.76 | $ 69.76 |
| 04-21-2025 | 3 | 75.9 | $ 227.70 | | | | | | - | 3 | 3 | $ 51.87 | $ 155.60 | $ 72.10 | $ 72.10 |
| 04-21-2025 | 3 | 75.9 | $ 227.70 | | | | | | - | 3 | 3 | $ 51.87 | $ 155.60 | $ 72.10 | $ 72.10 |
| 04-21-2025 | 2 | 74.9 | $ 149.80 | | | | | | - | 2 | 2 | $ 51.87 | $ 103.73 | $ 46.07 | $ 46.07 |
| 04-21-2025 | 2 | 76.2 | $ 152.40 | | | | | | - | 2 | 2 | $ 51.87 | $ 103.73 | $ 48.67 | $ 48.67 |
| 04-21-2025 | 2 | 76.47 | $ 152.94 | | | | | | - | 2 | 2 | $ 51.87 | $ 103.73 | $ 49.21 | $ 49.21 |
| 04-21-2025 | 1 | 76.47 | $ 76.47 | | | | | | - | 1 | 1 | $ 51.87 | $ 51.87 | $ 24.60 | $ 24.60 |
| 04-24-2025 | 1 | 76.51 | $ 76.51 | | | | | | - | 1 | 1 | $ 51.87 | $ 51.87 | $ 24.64 | $ 24.64 |
| 04-25-2025 | 2 | 75.7 | $ 151.40 | | | | | | - | 2 | 2 | $ 51.87 | $ 103.73 | $ 47.67 | $ 47.67 |
| 04-25-2025 | 1 | 75.85 | $ 75.85 | | | | | | - | 1 | 1 | $ 51.87 | $ 51.87 | $ 23.98 | $ 23.98 |
| 04-25-2025 | 1 | 76.16 | $ 76.16 | | | | | | - | 1 | 1 | $ 51.87 | $ 51.87 | $ 24.29 | $ 24.29 |
| 04-25-2025 | 1 | 76.6 | $ 76.60 | | | | | | - | 1 | 1 | $ 51.87 | $ 51.87 | $ 24.73 | $ 24.73 |
| 04-29-2025 | 1 | 72.15 | $ 72.15 | | | | | | - | 1 | 1 | $ 51.87 | $ 51.87 | $ 20.28 | $ 20.28 |
| 04-29-2025 | 1 | 73.45 | $ 73.45 | | | | | | - | 1 | 1 | $ 51.87 | $ 51.87 | $ 21.58 | $ 21.58 |
| 04-29-2025 | 1 | 74.8 | $ 74.80 | | | | | | - | 1 | 1 | $ 51.87 | $ 51.87 | $ 22.93 | $ 22.93 |
| 04-30-2025 | 3 | 71.15 | $ 213.45 | | | | | | - | 3 | 3 | $ 51.87 | $ 155.60 | $ 57.85 | $ 57.85 |
| 04-30-2025 | 3 | 72.02 | $ 216.06 | | | | | | - | 3 | 3 | $ 51.87 | $ 155.60 | $ 60.46 | $ 60.46 |
| 04-30-2025 | 2 | 71.5 | $ 143.00 | | | | | | - | 2 | 2 | $ 51.87 | $ 103.73 | $ 39.27 | $ 39.27 |
| 04-30-2025 | 1 | 71.9 | $ 71.90 | | | | | | - | 1 | 1 | $ 51.87 | $ 51.87 | $ 20.03 | $ 20.03 |
| 05-05-2025 | 3 | 73.86 | $ 221.58 | | | | | | - | 3 | 3 | $ 51.87 | $ 155.60 | $ 65.98 | $ 65.98 |
| 05-05-2025 | 1 | 74 | $ 74.00 | | | | | | - | 1 | 1 | $ 51.87 | $ 51.87 | $ 22.13 | $ 22.13 |
| 05-06-2025 | 3 | 73 | $ 219.00 | | | | | | - | 3 | 3 | $ 51.87 | $ 155.60 | $ 63.40 | $ 63.40 |
| 05-06-2025 | 2 | 71.5 | $ 143.00 | | | | | | - | 2 | 2 | $ 51.87 | $ 103.73 | $ 39.27 | $ 39.27 |
| 05-06-2025 | 1 | 71.65 | $ 71.65 | | | | | | - | 1 | 1 | $ 51.87 | $ 51.87 | $ 19.78 | $ 19.78 |
| 05-06-2025 | 1 | 72.02 | $ 72.02 | | | | | | - | 1 | 1 | $ 51.87 | $ 51.87 | $ 20.15 | $ 20.15 |
| 05-06-2025 | 1 | 72.51 | $ 72.51 | | | | | | - | 1 | 1 | $ 51.87 | $ 51.87 | $ 20.64 | $ 20.64 |
| 05-06-2025 | 1 | 72.51 | $ 72.51 | | | | | | - | 1 | 1 | $ 51.87 | $ 51.87 | $ 20.64 | $ 20.64 |
| 05-06-2025 | 1 | 73 | $ 73.00 | | | | | | - | 1 | 1 | $ 51.87 | $ 51.87 | $ 21.13 | $ 21.13 |
| 05-07-2025 | 1 | 71.8 | $ 71.80 | | | | | | - | 1 | 1 | $ 51.87 | $ 51.87 | $ 19.93 | $ 19.93 |
| 05-08-2025 | 1 | 71.95 | $ 71.95 | | | | | | - | 1 | 1 | $ 51.87 | $ 51.87 | $ 20.08 | $ 20.08 |
| 05-12-2025 | 1 | 74.1 | $ 74.10 | | | | | | - | 1 | 1 | $ 51.87 | $ 51.87 | $ 22.23 | $ 22.23 |
| 05-13-2025 | 1 | 71.8 | $ 71.80 | | | | | | - | 1 | 1 | $ 51.87 | $ 51.87 | $ 19.93 | $ 19.93 |
| 05-13-2025 | 1 | 72.51 | $ 72.51 | | | | | | - | 1 | 1 | $ 51.87 | $ 51.87 | $ 20.64 | $ 20.64 |
| 05-15-2025 | 1 | 70.51 | $ 70.51 | | | | | | - | 1 | 1 | $ 51.87 | $ 51.87 | $ 18.64 | $ 18.64 |
| 05-20-2025 | 1 | 72.7 | $ 72.70 | | | | | | - | 1 | 1 | $ 51.87 | $ 51.87 | $ 20.83 | $ 20.83 |
| 05-21-2025 | 2 | 68.85 | $ 137.70 | | | | | | - | 2 | 2 | $ 51.87 | $ 103.73 | $ 33.97 | $ 33.97 |
| 05-21-2025 | 2 | 70.3 | $ 140.60 | | | | | | - | 2 | 2 | $ 51.87 | $ 103.73 | $ 36.87 | $ 36.87 |
| 05-21-2025 | 1 | 68.68 | $ 68.68 | | | | | | - | 1 | 1 | $ 51.87 | $ 51.87 | $ 16.81 | $ 16.81 |
| 05-21-2025 | 1 | 70.11 | $ 70.11 | | | | | | - | 1 | 1 | $ 51.87 | $ 51.87 | $ 18.24 | $ 18.24 |
| 05-21-2025 | 1 | 71.35 | $ 71.35 | | | | | | - | 1 | 1 | $ 51.87 | $ 51.87 | $ 19.48 | $ 19.48 |
| 06-17-2025 | 1 | 71.2 | $ 71.20 | | | | | | - | 1 | 1 | $ 51.87 | $ 51.87 | $ 19.33 | $ 19.33 |
| 07-29-2025 | 1 | 79.05 | $ 79.05 | | | | | | - | 1 | 1 | $ 51.87 | $ 51.87 | $ 27.18 | $ 27.18 |
| 07-30-2025 | 1 | 78.1 | $ 78.10 | | | | | | - | 1 | 1 | $ 51.87 | $ 51.87 | $ 26.23 | $ 26.23 |
| 07-30-2025 | 1 | 78.55 | $ 78.55 | | | | | | - | 1 | 1 | $ 51.87 | $ 51.87 | $ 26.68 | $ 26.68 |
| 07-31-2025 | 1 | 76.4 | $ 76.40 | | | | | | - | 1 | 1 | $ 51.87 | $ 51.87 | $ 24.53 | $ 24.53 |
| 07-31-2025 | 1 | 77.4 | $ 77.40 | | | | | | - | 1 | 1 | $ 51.87 | $ 51.87 | $ 25.53 | $ 25.53 |
| 08-06-2025 | 1 | 74.11 | $ 74.11 | | | | | | - | 1 | 1 | $ 51.87 | $ 51.87 | $ 22.24 | $ 22.24 |
| **Total:** | **79** | | **$5,903.85** | | | | | | | **79** | **79** | | **$4,097.46** | **$1,806.39** | **$1,806.39** |

| | | | |
|---|---|---|---|
| **Client Name** | Carly Lvovsky | | |
| **Company Name** | Alexandria Real Estate Equities, Inc. | | |
| **Ticker Symbol** | ARE | | |
| **Security Type** | | | |
| **Class Period Start** | 01-27-2025 | | |
| **Class Period End** | 10-27-2025 | | |
| **90-DAY Lookback Period Start** | 10-28-2025 | | |
| **90-DAY Lookback Period End** | 01-22-2026 | | |

| SUMMARY OF FINANCIAL INTEREST | |
|---|---|
| LIFO Loss Total | $995.49 |
| DURA LIFO* Total | $995.49 |
| *DURALIFO** Total* | $995.49 |
| Gross Shares Purchased | 32 |
| Net Shares Retained | 32 |
| Net Funds Expended | $2,655.22 |

| 90-DAY Lookback Average | $ 51.87 |
|---|---|
| Account Number | 6 |

| Purchases | | | | Sales | | | | | | | Retained | | | | Losses | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Trade Date | Shares Purchased During the CP | Price Per Share | Total Cost | Trade Date | Shares Sold During the CP | Shares Sold During the LBP1 | Price Per Share2 | Proceeds from CP Sales | Proceeds from LBP Sales | Shares Retained at End of CP | Shares Retained at End of LBP | Per Share Value | Retained Value | LIFO | DURA LIFO* |
| 02-07-2025 | 1 | 95.3 | $ 95.30 | | | | | | - | 1 | 1 | $ 51.87 | $ 51.87 | $ 43.43 | $ 43.43 |
| 03-25-2025 | 5 | 95.25 | $ 476.25 | | | | | | - | 5 | 5 | $ 51.87 | $ 259.33 | $ 216.92 | $ 216.92 |
| 04-04-2025 | 5 | 82.1 | $ 410.50 | | | | | | - | 5 | 5 | $ 51.87 | $ 259.33 | $ 151.17 | $ 151.17 |
| 04-04-2025 | 5 | 82.55 | $ 412.75 | | | | | | - | 5 | 5 | $ 51.87 | $ 259.33 | $ 153.42 | $ 153.42 |
| 04-04-2025 | 2 | 82.02 | $ 164.04 | | | | | | - | 2 | 2 | $ 51.87 | $ 103.73 | $ 60.31 | $ 60.31 |
| 04-07-2025 | 5 | 78.55 | $ 392.75 | | | | | | - | 5 | 5 | $ 51.87 | $ 259.33 | $ 133.42 | $ 133.42 |
| 04-07-2025 | 5 | 79.02 | $ 395.10 | | | | | | - | 5 | 5 | $ 51.87 | $ 259.33 | $ 135.77 | $ 135.77 |
| 04-08-2025 | 3 | 77.5 | $ 232.50 | | | | | | - | 3 | 3 | $ 51.87 | $ 155.60 | $ 76.90 | $ 76.90 |
| 08-01-2025 | 1 | 76.03 | $ 76.03 | | | | | | - | 1 | 1 | $ 51.87 | $ 51.87 | $ 24.16 | $ 24.16 |
| Total: | 32 | | $2,655.22 | | | | | | | 32 | 32 | | $1,659.73 | $995.49 | $995.49 |

| SUMMARY OF FINANCIAL INTEREST - ALL ACCTS | |
|---|---|
| LIFO Loss Total | $18,251.00 |
| DURALIFO* Total | $17,056.00 |
| Gross Shares Purchased | 819 |
| Net Shares Retained | 609 |
| Net Funds Expended | $49,837.77 |

*Legend: Class Period (CP); Lookback Period (LbP); Last-In-First-Out (LIFO)*

1 Sales during the LbP are matched to class period purchases utilizing LIFO.

2 Post-class period sales valued using the greater of: (1) the average closing price between the end of the class period and the sales date; or (2) the actual sales price.

* Disregarding losses not attributable to the alleged fraud from intra-class period sales made prior to any corrective disclosure matched to intra-class period purchases.