# EXHIBIT D

**LEVI & KORSINSKY, LLP**
Adam M. Apton (SBN 316506)
aapton@zlk.com
515 South Flower Street
18th and 19th Floors
Los Angeles, CA 90071
Tel: (213) 985-7290

*Attorneys for Mitchell Lvovsky*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WARREN HERN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ALEXANDRIA REAL ESTATE EQUITIES, INC., PETER M. MOGLIA, MARC E. BINDA, and JOEL S. MARCUS,<br><br>Defendants. | No.: 2:25-cv-11319-GHW-AGR<br><br>**DECLARATION OF MITCHELL LVOVSKY IN SUPPORT OF HIS MOTION FOR APPOINTMENT AS LEAD PLAINTIFF**<br><br>Judge: Hon. George H. Wu<br>Date: February 23, 2026<br>Time: 8:30 a.m.<br>Courtroom #9D |

I, Mitchell Lvovsky, pursuant to 28 U.S.C. § 1746, declare as follow:

1.      I respectfully submit this Declaration in support of my, Premium Coastal Investments LLC ("Premium Coastal"), and ALM Sababa Investments LLC's ("ALM Sababa") motion for appointment as Lead Plaintiff in the above-captioned securities class action (the "Action") against Alexandria Real Estate Equities, Inc. ("Alexandria" or the "Company"). I have personal knowledge about the facts stated herein and could competently testify to them if called to do so.

2.      I am the principal of Premium Coastal and ALM Sababa. As principal, I am individually authorized to act on behalf of Premium Coastal and ALM Sababa in all respects, including this lawsuit. All transactions in Alexandria made in the Premium Coastal and ALM Sababa accounts that are the subject of the Action was executed by me. I also individually invested in Alexandria.

3.      I currently reside in Fort Lauderdale, Florida. I possess a Bachelor of Science in Marketing. I am currently employed as a Real Estate Broker at Cutting Edge Investments & Realty. I also invest in real estate through Premium Coastal and ALM Sababa. Further, I have experience hiring and overseeing attorneys for real estate and insurance related matters.

4.      I am both capable and qualified to serve as the lead plaintiff in the Action. By virtue of my significant financial interest in the resolution of the Action, I am motivated to litigate vigorously, efficiently, and to the best of my ability to maximize the potential recovery for myself and the Class I seek to represent.

5.    Prior to seeking appointment as lead plaintiff in the Action, I communicated with Levi & Korsinsky, LLP about the lead plaintiff process, the responsibilities of a lead plaintiff, and how the Action would progress after a lead plaintiff is appointed. I understand that a lead plaintiff is required to direct the litigation on behalf of the Class, stay apprised of all material developments of the litigation, and act in the best interests of the Class throughout the litigation.

6.    I understand that I was not required to seek appointment as lead plaintiff in order to recover. Rather, based on my financial interest, I decided to seek lead plaintiff appointment than remain an absent class member.

7.    After discussing the responsibilities of serving as a lead plaintiff and being satisfied that Levi & Korsinsky, LLP would adequately serve as lead counsel based on the firm's experience, resources, and past successes, I signed a retainer agreement with Levi & Korsinsky, LLP, and authorized the firm to file a lead plaintiff motion on my behalf. I understand that my counsel is submitting this declaration along with a timely application for appointment as lead plaintiff on my behalf.

I declare under penalty of perjury that the foregoing is true and correct. Executed on:

Date: 12/11/25

Signed: _____

Name: Mitchell Lvovsky

DECLARATION OF MITCHELL LVOVSKY
Case No. 2:25-cv-11319-GHW-AGR
3