# EXHIBIT A



**Source:** *Levi & Korsinsky, LLP*

*November 25, 2025 17:15 ET*

# SHAREHOLDER ALERT: Levi & Korsinsky, LLP Notifies Investors It Has Filed a Complaint to Recover Losses Suffered by Purchasers of Alexandria Real Estate Equities, Inc. Securities and Sets a Lead Plaintiff

# Deadline of January 26, 2026

NEW YORK, Nov. 25, 2025 (GLOBE NEWSWIRE) -- The following statement is being issued by Levi & Korsinsky, LLP:

**To: All persons or entities who purchased or otherwise acquired securities of Alexandria Real Estate Equities, Inc. ("Alexandria" or the "Company") (NYSE: ARE) <u>between January 27, 2025 to October 27, 2025, inclusive.</u> <u>You are hereby notified</u>** that the class action lawsuit *Warren Hern v. Alexandria Real Estate Equities, Inc., et al.* (Case No. 2:25-cv-11319) has been commenced in the United States District Court for the Central District of California. To get more information **go to:**

[https://zlk.com/pslra-1/alexandria-real-estate-equities-inc-lawsuit-submission-form](https://zlk.com/pslra-1/alexandria-real-estate-equities-inc-lawsuit-submission-form)

or contact Joseph E. Levi, Esq. either via email at [jlevi@levikorsinsky.com](mailto:jlevi@levikorsinsky.com) or by telephone at (212) 363-7500. **There is no cost or obligation to you.**

Levi & Korsinsky alleges in the complaint that the losses in ARE's stock were caused by the Company's alleged misrepresentations about its LIC property. In particular, the complaint states that the Company did not have "reliable information pertaining to the Company's leasing spreads, development tenant pipeline, and anticipated occupancy growth for its life-science properties, specifically its LIC property while also minimizing risk from macroeconomic fluctuations." Levi & Korsinsky further argues that "the Company's LIC value and potential growth as a life-science destination had been declining for years," consequently making the Company's optimistic reports about its "development pipeline, high occupancy rates in North America and anticipated leasing growth" materially misleading.

"Our firm is committed to ensuring that investors receive full compensation for losses caused by corporate misrepresentations," said Joseph E. Levi, a partner at Levi & Korsinsky. "We encourage ARE shareholders to step forward before the January 26, 2026 deadline so we can pursue justice on their behalf."

**If you suffered a loss in ARE securities, you have until January 26, 2026** to request that the Court appoint you as lead plaintiff. Your ability to share in any recovery doesn't require that you serve as a lead plaintiff.

**WHY LEVI & KORSINSKY:** Over the past 20 years, the team at Levi & Korsinsky has secured hundreds of millions of dollars for aggrieved shareholders and built a track record of winning high-stakes cases. Our firm has extensive expertise representing investors in complex securities litigation and a team of over 70 employees to serve our clients. For seven years in a row, Levi & Korsinsky has ranked in ISS Securities Class Action Services' Top 50 Report as one of the top securities litigation firms in the United States.

**CONTACT:**
Levi & Korsinsky, LLP
Joseph E. Levi, Esq.
Ed Korsinsky, Esq.
33 Whitehall Street, 27th Floor
New York, NY 10004
jlevi@levikorsinsky.com
Tel: (212) 363-7500
Fax: (212) 363-7171
www.zlk.com