# EXHIBIT C

## Financial Interest Analysis

**Company Name:** Alexandria Real Estate Equities, Inc.
**Ticker:** ARE
**Class Period:** January 27, 2025 to October 27, 2025
**Name:** Lawrence Galladay

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 8/18/2025 | 1,300 | $77.3100 | -$100,503.0000 | | $0.0000 | -$100,503.00 |
| 9/24/2025 | 1,200 | $86.2100 | -$103,452.0000 | | $0.0000 | -$103,452.00 |
| 9/24/2025 | 600 | $86.5700 | -$51,942.0000 | | $0.0000 | -$51,942.00 |
| 10/1/2025 | -750 | | $0.0000 | $82.8300 | $62,122.5000 | $62,122.50 |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Shares Retained:** | **2,350** | | | | **Subtotal:** | **-$193,774.50** |
| | | | **90-Day Average Price** | | **90-Day Average:** | **$122,192.95** |
| | | | $51.9970 | | **Total:** | **-$71,581.55** |

Notes

The 90-Day Average Price used in this financial interest analysis is the average closing price between October 28, 2025 and January 23, 2026.