Laurence M. Rosen, Esq. (SBN 219683)
**THE ROSEN LAW FIRM, P.A.**
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

Brian Schall (SBN 290685)
**THE SCHALL LAW FIRM**
2049 Century Park East, Suite 2460
Los Angeles, CA 90067
Telephone: (310) 301-3335
Fax: (213) 519-5876
Email: brian@schallfirm.com

*[Proposed] Co-Lead Counsel for Co-Lead Plaintiffs and for the Class*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WARREN HERN, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ALEXANDRIA REAL ESTATE EQUITIES, INC., PETER M. MOGLIA, MARC E. BINDA, and JOEL S. MARCUS,<br><br>Defendants. | Case No. 2:25-cv-11319-GW-AGR<br><br>**DECLARATION OF BRIAN SCHALL IN SUPPORT OF MOTION OF THE INVESTOR GROUP FOR APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF CHOICE OF COUNSEL**<br><br><u>CLASS ACTION</u><br><br>JUDGE: George H. Wu<br>HEARING: February 23, 2026<br>TIME: 08:30 a.m.<br>CTRM: 9D, 9th Floor |

1

DECLARATION OF BRIAN SCHALL IN SUPPORT OF MOTION OF THE INVESTOR GROUP FOR APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF CHOICE OF COUNSEL – 2:25-cv-11319-GW-AGR

I, Brian Schall, declare:

1.      I am an attorney duly licensed to practice in the State of California and before this Court. I am the managing partner of The Schall Law Firm, co-counsel for Patrick Gryson, Kevin O'Donnell, and Ronald Sofen (collectively, the "Investor Group"). I make this declaration in support of the Investor Group's motion for appointment as Lead Plaintiff and for approval of Movant's choice of counsel pursuant to Section 21D of the Securities Exchange Act of 1934. I have personal knowledge of the matters stated herein and if called as a witness, I could and would competently testify thereto.

2.      Attached hereto are true and correct copies of the following documents:

Exhibit 1:   PSLRA early notice;

Exhibit 2:   PSLRA certifications of the Investor Group members;

Exhibit 3:   Assignments of the Investor Group Members;

Exhibit 4:   Loss Chart

Exhibit 5:   The Investor Group's Joint Declaration

Exhibit 6:   The firm resume of The Rosen Law Firm, P.A; and

Exhibit 7:   The firm resume of The Schall Law Firm;

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

2

Executed this 26th day of January, 2026.

/s/Brian Schall
Brian Schall

3

**CERTIFICATE OF SERVICE**

I, Brian Schall, hereby declare under penalty of perjury as follows:

I am the managing attorney of The Schall Law Firm, with offices at 2049 Century Park East, Suite 2460, Los Angeles, California 90067.  I am over the age of eighteen.

On January 26, 2026, I electronically filed the following **DECLARATION OF BRIAN SCHALL IN SUPPORT OF MOTION OF THE INVESTOR GROUP FOR APPOINTMENT AS CO-LEAD PLAINTIFFS AND APPROVAL OF CHOICE OF COUNSEL** with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel of record.

Executed on January 26, 2026.

/s/ Brian Schall<br>
Brian Schall

DECLARATION OF BRIAN SCHALL IN SUPPORT OF MOTION OF THE INVESTOR GROUP FOR APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF CHOICE OF COUNSEL – 2:25-cv-11319-GW-AGR