# Exhibit 3

Exhibit 3
021

# ASSIGNMENT

Joan Sofen ("Assignor") hereby assigns, transfers, and sets over to Ronald Sofen all rights, title, and interest of the Assignor in any and all claims, demands, and causes of action of any kind whatsoever which the Assignor has or may have arising from violations under the federal securities laws of the United States of America in connection with the purchase or sale of the publicly traded securities of Alexandria Real Estate Equities, Inc. Further, the Assignor hereby appoints Ronald Sofen as its true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action. Ronald Sofen agrees to remit any proceeds received as a result of this assignment to the Assignor.

This Assignment (which is coupled with an interest) may not be revoked without the written consent of Ronald Sofen.

This Assignment shall be binding upon and inure to the benefit of the parties, their successors and assigns.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed ___1/23/2026_____
            **(Date)**


Signed by:

Joan Sofen
CB496B8745DD4CD...
_____
            **(Signature)**

**Joan Sofen**

Exhibit 3
022

# ASSIGNMENT

Sofen Enterprises, Inc. ("Assignor") hereby assigns, transfers, and sets over to Ronald Sofen all rights, title, and interest of the Assignor in any and all claims, demands, and causes of action of any kind whatsoever which the Assignor has or may have arising from violations under the federal securities laws of the United States of America in connection with the purchase or sale of the publicly traded securities of Alexandria Real Estate Equities, Inc. Further, the Assignor hereby appoints Ronald Sofen as its true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action. Ronald Sofen agrees to remit any proceeds received as a result of this assignment to the Assignor.

This Assignment (which is coupled with an interest) may not be revoked without the written consent of Ronald Sofen.

This Assignment shall be binding upon and inure to the benefit of the parties, their successors and assigns.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed <u>1/23/2026</u>
          **(Date)**

DocuSigned by:

*Ronald Sofen*

EF17243BD3854C3...
        **(Signature)**

**Ronald Sofen**
**CEO/Secretary**
**On behalf of Sofen Enterprises, Inc.**

Exhibit 3
023

# ASSIGNMENT

Susan L. O'Donnell ("Assignor") hereby assigns, transfers, and sets over to Kevin O'Donnell all rights, title, and interest of the Assignor in any and all claims, demands, and causes of action of any kind whatsoever which the Assignor has or may have arising from violations under the federal securities laws of the United States of America in connection with the purchase or sale of the publicly traded securities of Alexandria Real Estate Equities, Inc.  Further, the Assignor hereby appoints Kevin O'Donnell as its true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action.  Kevin O'Donnell agrees to remit any proceeds received as a result of this assignment to the Assignor.

This Assignment (which is coupled with an interest) may not be revoked without the written consent of Kevin O'Donnell.

This Assignment shall be binding upon and inure to the benefit of the parties, their successors and assigns.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed ___1/21/2026_____
                    **(Date)**

Signed by:

Susan L. O'Donnell
B56179A5588E4BE...
                    **(Signature)**

**Susan L. O'Donnell**

Exhibit 3
024