# Exhibit 4

Exhibit 4
025

**Alexandria Real Estate Equities, Inc. Loss Chart**
**Class Period: January 27, 2025 through October 27, 2025**

Lookback Price $51.997

| Name | Date Purchased | Shares | Price per Share | Total | Date Sold | Shares | Price per Share | Total | Shares Retained | Value Retain | Total Loss/Gain |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Patrick Gryson*** | 6/13/2025 | 80 | ($72.63) | ($5,810.40) | | | | | | | |
| | 6/13/2025 | 80 | ($72.50) | ($5,800.00) | | | | | | | |
| | 6/16/2025 | 80 | ($72.09) | ($5,767.20) | | | | | | | |
| | 6/17/2025 | 80 | ($72.40) | ($5,792.00) | | | | | | | |
| | 6/18/2025 | 80 | ($72.31) | ($5,784.80) | | | | | | | |
| | 6/23/2025 | 80 | ($71.55) | ($5,724.00) | | | | | | | |
| | 7/1/2025 | 100 | ($71.79) | ($7,179.00) | | | | | | | |
| | 7/22/2025 | 70 | ($78.60) | ($5,502.00) | | | | | | | |
| | 7/28/2025 | 100 | ($80.54) | ($8,054.00) | | | | | | | |
| | 7/29/2025 | 120 | ($80.40) | ($9,648.00) | | | | | | | |
| | 7/29/2025 | 100 | ($80.30) | ($8,030.00) | | | | | | | |
| | 7/29/2025 | 90 | ($80.05) | ($7,204.50) | | | | | | | |
| | 7/29/2025 | 100 | ($79.95) | ($7,995.00) | | | | | | | |
| | 7/29/2025 | 80 | ($79.29) | ($6,343.20) | | | | | | | |
| | 7/31/2025 | 80 | ($79.62) | ($6,369.60) | | | | | | | |
| | 7/31/2025 | 80 | ($79.78) | ($6,382.40) | | | | | | | |
| | 8/1/2025 | 100 | ($79.50) | ($7,950.00) | | | | | | | |
| | 8/1/2025 | 100 | ($77.10) | ($7,710.00) | | | | | | | |
| | 8/1/2025 | 100 | ($77.70) | ($7,770.00) | | | | | | | |
| | 8/1/2025 | 200 | ($78.40) | ($15,680.00) | | | | | | | |
| | 8/1/2025 | 100 | ($77.60) | ($7,760.00) | | | | | | | |
| | 8/2/2025 | 90 | ($74.81) | ($6,732.90) | | | | | | | |
| | 8/2/2025 | 100 | ($74.90) | ($7,490.00) | | | | | | | |
| | 8/6/2025 | 100 | ($77.40) | ($7,740.00) | | | | | | | |
| | 8/7/2025 | 100 | ($76.20) | ($7,620.00) | | | | | | | |
| | 8/7/2025 | 100 | ($76.11) | ($7,611.00) | | | | | | | |
| | 8/7/2025 | 120 | ($74.18) | ($8,901.60) | | | | | | | |
| | 8/8/2025 | 180 | ($74.27) | ($13,368.60) | | | | | | | |
| | 8/12/2025 | 100 | ($74.15) | ($7,415.00) | | | | | | | |
| | 8/12/2025 | 100 | ($74.27) | ($7,427.00) | | | | | | | |
| | 8/13/2025 | 100 | ($72.25) | ($7,225.00) | | | | | | | |
| | 8/27/2025 | 130 | ($80.88) | ($10,514.40) | | | | | | | |
| | 9/26/2025 | 80 | ($84.49) | ($6,759.20) | | | | | | | |
| | 9/30/2025 | 80 | ($84.00) | ($6,720.00) | | | | | | | |
| | 9/30/2025 | 80 | ($83.88) | ($6,710.40) | | | | | | | |
| | 10/1/2025 | 70 | ($82.30) | ($5,761.00) | | | | | | | |
| | 10/2/2025 | 80 | ($82.03) | ($6,562.40) | | | | | | | |
| | 10/8/2025 | 80 | ($80.39) | ($6,431.20) | | | | | | | |
| | 10/9/2025 | 70 | ($78.20) | ($5,474.00) | | | | | | | |
| | 10/9/2025 | 80 | ($78.76) | ($6,300.80) | | | | | | | |
| | 10/10/2025 | 70 | ($75.92) | ($5,314.40) | | | | | | | |
| | 10/10/2025 | 90 | ($75.80) | ($6,822.00) | | | | | | | |
| | 10/10/2025 | 80 | ($75.08) | ($6,006.40) | | | | | | | |
| | 10/11/2025 | 90 | ($73.60) | ($6,624.00) | | | | | | | |
| | 10/14/2025 | 70 | ($73.40) | ($5,138.00) | | | | | | | |
| | 10/14/2025 | 70 | ($73.31) | ($5,131.70) | | | | | | | |
| | 10/14/2025 | 70 | ($73.84) | ($5,168.80) | | | | | | | |
| | 10/15/2025 | 80 | ($74.45) | ($5,956.00) | | | | | | | |
| | 10/17/2025 | 80 | ($76.50) | ($6,120.00) | | | | | | | |
| | 10/17/2025 | 65 | ($76.50) | ($4,972.50) | | | | | | | |
| | 10/17/2025 | 70 | ($76.68) | ($5,367.60) | | | | | | | |
| | 10/17/2025 | 70 | ($76.50) | ($5,355.00) | | | | | | | |
| | 10/18/2025 | 70 | ($74.95) | ($5,246.50) | | | | | | | |
| | 10/18/2025 | 80 | ($75.28) | ($6,022.40) | | | | | | | |
| | 10/21/2025 | 70 | ($74.72) | ($5,230.40) | | | | | | | |
| | 10/22/2025 | 70 | ($76.96) | ($5,387.20) | | | | | | | |
| | 10/23/2025 | 70 | ($77.00) | ($5,390.00) | | | | | | | |
| | 10/24/2025 | 80 | ($77.32) | ($6,185.60) | | | | | | | |
| | 10/24/2025 | 70 | ($77.20) | ($5,404.00) | | | | | | | |
| | 10/25/2025 | 70 | ($77.78) | ($5,444.60) | | | | | | | |
| | 10/27/2025 | 75 | ($77.39) | ($5,804.25) | | | | | | | |
| | 10/27/2025 | 75 | ($77.40) | ($5,805.00) | | | | | | | |
| | | 5475 | | ($420,916.95) | | | | | 5475 | $284,683.58 | ($136,233.38) |

*Includes settlement dates.

| Name | Date Purchased | Shares | Price per Share | Total | Date Sold | Shares | Price per Share | Total | Shares Retained | Value Retain | Total Loss/Gain |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Kevin O'Donnell** | 6/4/2025 | 2000 | ($70.59) | ($141,180.00) | | | | | | | |
| | 7/18/2025 | 2000 | ($78.83) | ($157,660.00) | | | | | | | |
| | | 4000 | | ($298,840.00) | | | | | 4000 | $207,988.00 | ($90,852.00) |
| **Ronald Sofen** | | 625 | Opening Position | | 11/4/2025 | 625 | Matched to Opening Position | | | | |
| Account 1 | 6/25/2025 | 175 | ($73.98) | ($12,945.63) | 11/4/2025 | 175 | 53.98 | $9,446.50 | 0 | 0 | ($3,499.13) |
| Account 2 | 2/10/2025 | 5 | ($95.28) | ($476.39) | 11/4/2025 | 5 | $54.63 | $273.15 | | | |
| | 2/11/2025 | 5 | ($95.21) | ($476.05) | 11/4/2025 | 5 | $54.63 | $273.15 | | | |
| | 2/21/2025 | 5 | ($95.52) | ($477.59) | 11/4/2025 | 5 | $54.63 | $273.15 | | | |
| | 3/12/2025 | 5 | ($98.45) | ($492.23) | 11/4/2025 | 5 | $54.63 | $273.15 | | | |
| | 3/17/2025 | 5 | ($100.40) | ($502.01) | 11/4/2025 | 5 | $54.63 | $273.15 | | | |
| | 3/18/2025 | 5 | ($98.39) | ($491.95) | 11/4/2025 | 5 | $54.63 | $273.15 | | | |
| | 3/19/2025 | 5 | ($97.29) | ($486.46) | 11/4/2025 | 5 | $54.63 | $273.15 | | | |
| | 3/20/2025 | 5 | ($98.04) | ($490.19) | 11/4/2025 | 5 | $54.63 | $273.15 | | | |
| | 3/24/2025 | 10 | ($97.45) | ($974.50) | 11/4/2025 | 10 | $54.63 | $546.31 | | | |

Exhibit 4
026

| Account | Date | Qty | Price | Amount | Date | Qty | Price | Amount | | | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 3/25/2025 | 5 | ($95.71) | ($478.54) | 11/4/2025 | 5 | $54.63 | $273.15 | | | |
| | 3/26/2025 | 10 | ($97.26) | ($972.63) | 11/4/2025 | 10 | $54.63 | $546.31 | | | |
| | 3/27/2025 | 10 | ($96.98) | ($969.80) | 11/4/2025 | 10 | $54.63 | $546.31 | | | |
| | 5/7/2025 | 10 | ($72.07) | ($720.73) | 11/4/2025 | 10 | $54.63 | $546.31 | | | |
| | 5/12/2025 | 10 | ($73.72) | ($737.20) | 11/4/2025 | 10 | $54.63 | $546.31 | | | |
| | 5/20/2025 | 10 | ($73.52) | ($735.17) | 11/4/2025 | 10 | $54.63 | $546.31 | | | |
| | 5/28/2025 | 10 | ($69.76) | ($697.60) | 11/4/2025 | 10 | $54.63 | $546.31 | | | |
| | 6/2/2025 | 10 | ($69.51) | ($695.10) | 11/4/2025 | 10 | $54.63 | $546.31 | | | |
| | 6/3/2026 | 5 | ($70.17) | ($350.85) | 11/4/2025 | 5 | $54.63 | $273.15 | | | |
| | 6/5/2025 | 10 | ($69.78) | ($697.80) | 11/4/2025 | 10 | $54.63 | $546.31 | | | |
| | 6/6/2025 | 15 | ($71.27) | ($1,069.05) | 11/4/2025 | 15 | $54.63 | $819.46 | | | |
| | 6/9/2025 | 10 | ($71.29) | ($712.92) | 11/4/2025 | 10 | $54.63 | $546.31 | | | |
| | 6/10/2025 | 10 | ($73.45) | ($734.50) | 11/4/2025 | 10 | $54.63 | $546.31 | | | |
| | 8/11/2025 | 10 | ($73.61) | ($736.09) | 11/4/2025 | 10 | $54.63 | $546.31 | | | |
| | 8/12/2025 | 10 | ($71.88) | ($718.80) | 11/4/2025 | 10 | $54.63 | $546.31 | | | |
| | 8/13/2025 | 10 | ($74.19) | ($741.88) | 11/4/2025 | 10 | $54.63 | $546.31 | | | |
| | 8/14/2025 | 10 | ($73.34) | ($733.40) | 11/4/2025 | 10 | $54.63 | $546.31 | | | |
| | 8/15/2025 | 10 | ($75.39) | ($753.90) | 11/4/2025 | 10 | $54.63 | $546.31 | | | |
| | 8/18/2025 | 10 | ($75.55) | ($755.48) | 11/4/2025 | 10 | $54.63 | $546.31 | | | |
| | 8/19/2025 | 10 | ($78.57) | ($785.71) | 11/4/2025 | 10 | $54.63 | $546.31 | | | |
| | 8/20/2025 | 10 | ($77.33) | ($773.30) | 11/4/2025 | 10 | $54.63 | $546.31 | | | |
| | 8/21/2025 | 10 | ($77.27) | ($772.70) | 11/4/2025 | 10 | $54.63 | $546.31 | | | |
| | 8/22/2025 | 10 | ($81.13) | ($811.30) | 11/4/2025 | 10 | $54.63 | $546.31 | | | |
| | 8/25/2025 | 10 | ($80.41) | ($804.05) | 11/4/2025 | 10 | $54.63 | $546.31 | | | |
| | 8/26/2025 | 10 | ($80.20) | ($801.99) | 11/4/2025 | 10 | $54.63 | $546.31 | | | |
| | 9/2/2025 | 25 | ($81.48) | ($2,037.11) | 11/4/2025 | 25 | $54.63 | $1,365.76 | | | |
| | 9/3/2025 | 10 | ($80.64) | ($806.37) | 11/4/2025 | 10 | $54.63 | $546.31 | | | |
| | 9/4/2025 | 15 | ($81.93) | ($1,228.95) | 11/4/2025 | 15 | $54.63 | $819.46 | | | |
| | 9/5/2025 | 10 | ($84.68) | ($846.80) | 11/4/2025 | 10 | $54.63 | $546.31 | | | |
| | 9/8/2025 | 10 | ($84.37) | ($843.70) | 11/4/2025 | 10 | $54.63 | $546.31 | | | |
| | 9/9/2025 | 10 | ($84.68) | ($846.76) | 11/4/2025 | 10 | $54.63 | $546.31 | | | |
| | 9/10/2025 | 10 | ($84.11) | ($841.10) | 11/4/2025 | 10 | $54.63 | $546.31 | | | |
| | 9/11/2025 | 10 | ($84.91) | ($849.06) | 11/4/2025 | 10 | $54.63 | $546.31 | | | |
| | 9/12/2025 | 10 | ($85.04) | ($850.40) | 11/4/2025 | 10 | $54.63 | $546.31 | | | |
| | 9/15/2025 | 10 | ($85.12) | ($851.20) | 11/4/2025 | 10 | $54.63 | $546.31 | | | |
| | 9/16/2025 | 10 | ($85.17) | ($851.70) | 11/4/2025 | 10 | $54.63 | $546.31 | | | |
| | 9/17/2025 | 10 | ($86.90) | ($869.00) | 11/4/2025 | 10 | $54.63 | $546.31 | | | |
| | 9/18/2025 | 10 | ($86.13) | ($861.25) | 11/4/2025 | 10 | $54.63 | $546.31 | | | |
| | 9/19/2025 | 10 | ($87.86) | ($878.60) | 11/4/2025 | 10 | $54.63 | $546.31 | | | |
| | 9/22/2025 | 10 | ($85.38) | ($853.80) | 11/4/2025 | 10 | $54.63 | $546.31 | | | |
| | 9/23/2025 | 10 | ($86.66) | ($866.59) | 11/4/2025 | 10 | $54.63 | $546.31 | | | |
| | 10/10/2025 | 200 | ($73.76) | ($14,751.00) | 11/4/2025 | 200 | $54.63 | $10,925.98 | | | |
| | | 675 | | ($53,561.25) | | 675 | | $36,875.63 | 0 | $0.00 | ($16,685.62) |
| Account 3 | 3/11/2025 | 5 | ($101.33) | ($506.63) | 11/4/2025 | 5 | $54.40 | $272.00 | | | |
| | 7/29/2025 | 5 | ($79.28) | ($396.40) | 11/4/2025 | 5 | $54.40 | $272.00 | | | |
| | 8/4/2025 | 10 | ($76.95) | ($769.50) | 11/4/2025 | 10 | $54.40 | $544.00 | | | |
| | | 20 | | ($1,672.53) | | 20 | | $1,088.00 | 0 | $0.00 | ($584.53) |
| Account 4 | 5/28/2025 | 25 | ($69.64) | ($1,741.00) | 11/4/2025 | 450 | $54.52 | $24,532.43 | | | |
| | 5/28/2025 | 25 | ($69.60) | ($1,740.00) | | | | | | | |
| | 5/28/2025 | 110 | ($69.26) | ($7,619.04) | | | | | | | |
| | 5/28/2025 | 40 | ($69.70) | ($2,788.00) | | | | | | | |
| | 5/29/2025 | 240 | ($71.21) | ($17,091.29) | | | | | | | |
| | 9/22/2025 | 5 | ($85.95) | ($429.75) | | | | | | | |
| | 9/23/2025 | 5 | ($86.42) | ($432.10) | | | | | | | |
| | | 450 | | ($31,841.17) | | 450 | | $24,532.43 | 0 | $0.00 | ($7,308.75) |
| Account 5 | 5/29/2025 | 400 | ($70.67) | ($28,268.00) | 12/3/2025 | 400 | $51.24 | $20,495.64 | 0 | 0 | ($7,772.36) |
| Account 6 | 5/29/2025 | 5 | ($69.59) | ($347.95) | 11/4/2025 | 1 | $54.58 | $54.58 | | | |
| | 5/29/2025 | 10 | ($69.57) | ($695.69) | 11/4/2025 | 799 | $54.58 | $43,609.34 | | | |
| | 5/29/2025 | 20 | ($69.58) | ($1,391.58) | | | | | | | |
| | 5/29/2025 | 45 | ($69.24) | ($3,115.80) | | | | | | | |
| | 5/29/2025 | 65 | ($69.70) | ($4,530.50) | | | | | | | |
| | 5/29/2025 | 75 | ($65.53) | ($4,914.70) | | | | | | | |
| | 5/30/2025 | 565 | ($71.34) | ($40,307.04) | | | | | | | |
| | 9/23/2025 | 5 | ($85.95) | ($429.75) | | | | | | | |
| | 9/24/2025 | 5 | ($86.46) | ($432.30) | | | | | | | |
| | 9/25/2025 | 5 | ($86.40) | ($432.00) | | | | | | | |
| | | 800 | | ($56,597.32) | | 800 | | $43,663.92 | 0 | 0 | ($12,933.40) |

**Sofen Total** ($48,783.78)

**Group Total** ($275,869.16)

Exhibit 4
027