# Exhibit 5

Exhibit 5
028

**JOINT DECLARATION OF PATRICK GRYSON, KEVIN O'DONNELL AND RONALD SOFEN IN SUPPORT OF THEIR MOTION FOR APPOINTMENT AS CO-LEAD PLAINTIFFS AND APPROVAL OF CO-LEAD COUNSEL**

We, Patrick Gryson, Kevin O'Donnell, and Ronald Sofen (together, the "Investor Group"), declare under penalty of perjury pursuant to 28 U.S.C. § 1746 as follows:

1.    We respectfully submit this Joint Declaration in support of our motion for appointment of the Investor Group as Lead Plaintiff and approval of our selection of The Rosen Law Firm ("Rosen Law") and The Schall Law Firm ("Schall Law") as Co-Lead Counsel (the "Motion") in the instant class action on behalf of investors in Alexandria Real Estate Equities ("Alexandria") securities, pursuant to the Private Securities Litigation Reform Act of 1995 (the "PSLRA"). We are each informed of and understand the requirements and duties imposed by the PSLRA. We each have personal knowledge about the information in this Joint Declaration.

2.    I, Patrick Gryson, am an investor in Alexandria securities. I am 67 years old and am a resident of Brugge, Belgium. I have been investing in securities markets for 30 years and worked in the Belgian tax office prior to my retirement. I have a degree in Applied Economics from Louvain University. As reflected in a separate certification, I purchased a significant amount of Alexandria securities during the Class Period alleged in *Warren Hern v. Alexandria Real Estate Equities, Inc. et al,* No. 2:25-cv-11319 (C.D. Cal.), and suffered substantial losses, which I and the other Investor Group members allege are the result of violations of the federal securities laws. I personally made the decision to invest in Alexandria.

3.    I, Kevin O'Donnell, am an investor in Alexandria Real Estate Equities ("Alexandria") securities. I am 66 years old and am a resident of Gibsonia, Pennsylvania. I have been investing in securities markets for 30 years and worked as a private investigator and consultant prior to my retirement. I have a B.S. in Business Administration from Robert Morris

1

Exhibit 5
029

Docusign Envelope ID: 89B23C22-23E7-436C-8150-B72679C6F6BC

University. As reflected in a separate certification, I purchased a significant amount of Alexandria securities during the Class Period alleged in *Warren Hern v. Alexandria Real Estate Equities, Inc. et al,* No. 2:25-cv-11319 (C.D. Cal.), and suffered substantial losses, which I and the other Investor Group members allege are the result of violations of the federal securities laws.  I personally made the decision to invest in Alexandria. In addition to myself, I also pursue claims in this litigation on behalf of my spouse, from whom I have received a valid assignment.

4.      I, Ronald Sofen, am an investor in Alexandria Real Estate Equities ("Alexandria") securities.  I am 77 years old and am a resident of Los Angeles, California. I have been investing in securities markets for 50 years and worked as an attorney prior to my retirement. I have a J.D. from the UCLA School of Law. As reflected in a separate certification, I purchased a significant amount of Alexandria securities during the Class Period alleged in *Warren Hern v. Alexandria Real Estate Equities, Inc. et al,* No. 2:25-cv-11319 (C.D. Cal.), and suffered substantial losses, which I and the other Investor Group members allege are the result of violations of the federal securities laws.  I personally made the decision to invest in Alexandria. In addition to myself, I also pursue claims in this litigation on behalf of my spouse and Sofen Enterprises, Inc., from whom I have received valid assignments.

5.      We have discussed this case with our counsel. Accordingly, each of us is aware of the current status of this litigation. We understand that in addition to ourselves, other investors in Alexandria securities may file competing lead plaintiff motions. We understand that on January 26, 2026, our counsel will file a memorandum of law in support of our Motion. We understand that this Joint Declaration, and other supporting submissions prepared by our counsel, will be filed concurrently with the memorandum of law.

2

Exhibit 5
030

6.  We are aware of and are prepared to fulfill the responsibilities and requirements of being a lead plaintiff in a securities class action. We understand that a lead plaintiff is responsible for overseeing lead counsel, ensuring the efficient and vigorous representation of the Class, and maximizing recovery for the Class. We believe that our combined experience, knowledge, and sophistication enable us to zealously represent the interests of the proposed Class. Given our significant financial interest in the claims against the defendants, we are strongly motivated to recover the significant losses that we and the Class suffered as a result of the defendants' alleged violations of the federal securities laws.

7.  We are committed to remaining fully informed regarding the status and progress of this litigation and the prospects for any resolution of this matter. We further understand that, as Co-Lead Plaintiffs, we will be responsible for making important litigation decisions and directing counsel with respect to this litigation, after receiving the benefit of counsel's advice. To discharge these duties, we will, among other things, review pleadings and motion papers received from counsel, obtain periodic status reports on the progress of the litigation, and potentially produce documents, answer interrogatories, and/or sit for depositions. We will provide input into litigation decisions and strategies and be involved in the final approval of any major litigation decisions, including whether to settle the litigation and, if so, for what amount.

8.  We are aware that a lead plaintiff has a fiduciary duty to the entire Class, which we each intend to represent fully and faithfully in order to protect the Class's interests. We understand that to fulfill our fiduciary duties and obligations as Co-Lead Plaintiffs, we must fairly and adequately represent the Class by vigorously prosecuting this case on behalf of the Class. Each of us will do our best to maximize the recovery for the Class.

Exhibit 5
031

Docusign Envelope ID: 89B23C22-23E7-436C-8150-B72679C6F6BC

9.      We will take an active role in the prosecution of the case, including supervising Co-Lead Counsel and ensuring that the case is handled in an efficient manner.

10.      We will continue to communicate regularly with counsel and each other regarding major litigation events, such as important motions, settlement discussions, trial preparation and trial, and shall have the authority and responsibility to direct counsel with respect to each of these events after receiving the benefit of Co-Lead Counsel's advice. We have each other's personal contact information. We will communicate with our counsel—and with each other separately from our attorneys—as often as necessary to ensure the vigorous and efficient prosecution of this case, as well as to discuss the progress of the litigation and the litigation strategies recommended by our counsel.  We anticipate these communications will occur as often as necessary, depending on the current activity in the case.  We understand that litigation of this nature has periods of greater and lesser activity, and we will remain available to counsel and each other as needed to fulfill our role as Co-Lead Plaintiffs.

11.      We each determined that we could maximize the Class's recovery by pooling our respective resources and experience by jointly seeking appointment as Co-Lead Plaintiffs. After reviewing the allegations pleaded in the complaint, and consulting with each other and our counsel, we each independently determined to seek joint appointment as Co-Lead Plaintiffs and subsequently approved the filing of a joint motion seeking our appointment as Co-Lead Plaintiffs. We agree that our collective resources and experience, as well as our ability to engage in joint decision-making, will materially benefit and advance the interests of the Class in this case. In advance of filing the present Motion, we participated in a joint conference call to discuss our duties to the Class as Co-Lead Plaintiffs.

Exhibit 5
032

Docusign Envelope ID: 89B23C22-23E7-436C-8150-B72679C6F6BC

12.     In light of our shared interest in recovering from the defendants in this litigation, if appointed, our shared fiduciary responsibilities to the proposed Class, we anticipate arriving at joint decisions consensually.

13.     We understand that the PSLRA and courts throughout the country, including courts in this District, have endorsed the appointment of small groups of investors to serve as Co-Lead Plaintiffs when the group establishes that its members can oversee the litigation and their proposed Lead Counsel (or Co-Lead Counsel) in an independent manner. We intend to prosecute this litigation in such an independent and vigorous manner.

14.     We believe that Rosen Law and Schall Law should be approved by the Court to serve as Co-Lead Counsel. We each approved Rosen Law and Schall Law as our designated Co-Lead Counsel because they have extensive securities litigation experience and have achieved outstanding results on behalf of defrauded investors, including while working together. We believe that the proven track records of Rosen Law and Schall Law demonstrate that they will work to obtain the best possible recovery for the Class. We also understand that Lead Counsel owe a fiduciary duty to all members of the proposed Class to provide fair and adequate representation.

15.     We hereby reaffirm that we are committed to satisfying the fiduciary obligations that we will assume if appointed as Lead Plaintiff. We will ensure that this matter will be vigorously prosecuted consistent with the Lead Plaintiff's obligation under the PSLRA and in the best interests of the Class, and we will seek to obtain the greatest possible recovery for the Class.

Exhibit 5
033

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing statements relating to myself are true and correct to the best of my knowledge.

Executed on this day: _____1/24/2026_____.

Ondertekend door:

*Patrick Gryson*

147DF309CD4E483...

Patrick Gryson

6

Exhibit 5
034

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States

of America that the foregoing statements relating to myself are true and correct to the best of my

knowledge.

Executed on this day: _____1/25/2026_____

Signed by:

*Kevin O'Donnell*

94FA71F209DB437...

Kevin O'Donnell

7

Exhibit 5
035

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States

of America that the foregoing statements relating to myself are true and correct to the best of my

knowledge.

Executed on this day: _____1/23/2026_____

DocuSigned by:

*Ronald Sofen*

EF17243BD3854C3...

Ronald Sofen

8

Exhibit 5
036