POMERANTZ LLP
Jennifer Pafiti (SBN 282790)
jpafiti@pomlaw.com
1100 Glendon Avenue, 15th Floor
Los Angeles, California 90024
Telephone: (310) 405-7190

*Counsel for Movants Menora Mivtachim Insurance Ltd., Menora Mivtachim Pensions and Gemel Ltd., and Menora Mivtachim Vehistadrut Hamehandesim Nihul Kupot Gemal Ltd. and Proposed Lead Counsel for the Class*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WARREN HERN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ALEXANDRIA REAL ESTATE EQUITIES, INC., *et al.*,<br><br>Defendants. | Case No. 2:25-cv-11319-GW (AGRx)<br><br>**DECLARATION OF JENNIFER PAFITI IN SUPPORT OF MOTION OF MENORA MIVTACHIM INSURANCE LTD., MENORA MIVTACHIM PENSIONS AND GEMEL LTD., AND MENORA MIVTACHIM VEHISTADRUT HAMEHANDESIM NIHUL KUPOT GEMAL LTD. FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL**<br><br>DATE: February 23, 2026<br>TIME: 8:30 a.m.<br>JUDGE: George H. Wu<br>CTRM: 9D |

I, Jennifer Pafiti, hereby declare as follows:

1.      I am a Partner with the law firm of Pomerantz LLP ("Pomerantz"), counsel on behalf of Menora Mivtachim Insurance Ltd. ("Menora Insurance"), Menora Mivtachim Pensions and Gemel Ltd. ("Menora Pensions & Gemel"), and Menora Mivtachim Vehistadrut Hamehandesim Nihul Kupot Gemal Ltd. ("Omega" and, collectively with Menora Insurance and Menora Pensions & Gemel, "Menora"), and have personal knowledge of the facts set forth herein.  I make this Declaration in support of Menora's motion for appointment as Lead Plaintiff for the Class in the above-captioned action (the "Action") and approval of its selection of Pomerantz as Lead Counsel for the Class.

2.      Attached hereto as the exhibits indicated are true and correct copies of the following:

Exhibit 1:    Chart setting forth Menora's financial interest in this litigation;

Exhibit 2:    Press release published via *Globe Newswire* on November 25, 2025, announcing the pendency of the Action;

Exhibit 3:    Shareholder Certification executed on behalf of Menora Insurance;

Exhibit 4:    Shareholder Certification executed on behalf of Menora Pensions & Gemel;

Exhibit 5:    Shareholder Certification executed on behalf of Omega; and

Exhibit 6:    Firm resume of Pomerantz.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on January 26, 2026.

/s/ *Jennifer Pafiti*
Jennifer Pafiti

CERTIFICATE OF SERVICE

I hereby certify that on January 26, 2026, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

/s/ Jennifer Pafiti
Jennifer Pafiti