# EXHIBIT 4

Exhibit 4
Page 12

## CERTIFICATION PURSUANT
## TO FEDERAL SECURITIES LAWS

1.      The undersigned, Menora Mivtachim Pensions and Gemel Ltd. ("Menora Pensions & Gemel"), makes this declaration pursuant to Section 27(a)(2) of the Securities Act of 1933 ("Securities Act") and/or Section 21D(a)(2) of the Securities Exchange Act of 1934 ("Exchange Act") as amended by the Private Securities Litigation Reform Act of 1995.

2.      Menora Pensions & Gemel has reviewed a Complaint against Alexandria Real Estate Equities, Inc. ("Alexandria") and authorizes the filing of a motion on its behalf for appointment as lead plaintiff.

3.      Menora Pensions & Gemel did not purchase or acquire Alexandria securities at the direction of plaintiffs' counsel or in order to participate in any private action arising under the Securities Act or Exchange Act.

4.      Menora Pensions & Gemel is willing to serve as a representative party on behalf of a Class of investors who purchased or acquired Alexandria securities during the Class Period as specified in the Complaint, including providing testimony at deposition and trial, if necessary. Menora Pensions & Gemel understands that the Court has the authority to select the most adequate lead plaintiff in this action.

5.      To the best of Menora Pensions & Gemel's current knowledge, the transactions listed in Schedule A reflect all of its transactions in Alexandria securities during the Class Period.

6.      During the three-year period preceding the date on which this Certification is signed, Menora Pensions & Gemel has served or sought to serve as a representative party on behalf of a class under the federal securities laws in the following actions:

- *In re Nike Inc. Securities Litigation*, 3:24-cv-00974 (D. Or.);

- *Beisner v. Perion Network Ltd., et al.*, 1:24-cv-02860 (S.D.N.Y.);

- *In re Adobe Inc. Securities Litigation*, 1:23-cv-09260 (S.D.N.Y.);

- *AMI - Government Employees Provident Fund Management Company Ltd. v.*

Exhibit 4
Page 13

*Alphabet Inc., et al.*, 3:23-cv-01186 (N.D. Cal.);

- *Joyce v. Amazon.com, Inc. et al.*, 2:22-cv-00617 (W.D. Wash.);

- *Plumbers and Steamfitters Local 60 Pensions Trust v. Meta Platforms, Inc., et al.*, 4:22-cv-01470 (N.D. Cal.);

- *Jansen v. International Flavors & Fragrances Inc., et al.*, 1:19-cv-07536 (S.D.N.Y.); and

- *In re Mylan N.V. Securities Litigation*, 1:16-cv-07926 (S.D.N.Y.).

7.    Menora Pensions & Gemel agrees not to accept any payment for serving as a representative party on behalf of the class as set forth in the Complaint, beyond its pro rata share of any recovery, except such reasonable costs and expenses directly relating to the representation of the class as ordered or approved by the Court.

8.    Menora Pensions & Gemel hereby declares under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

**Menora Mivtachim Pensions and Gemel Ltd.**

Dated: _January 25, 2026_

Executed by: _Lior Yochpaz & Ran Kalmi_

Exhibit 4
Page 14

**Alexandria Real Estate Equities, Inc. (ARE)**                    **Menora Mivtachim Pensions and Gemel Ltd.**

**List of Purchases/Acquisitions and Sales**

| Transaction Type | Date | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|
| MMPG/Omega (jointly owned)* | | | |
| Purchase/Acquisition | 9/18/2025 | 265,020 | $87.2129 |
| Purchase/Acquisition | 9/19/2025 | 384,555 | $86.9229 |
| Purchase/Acquisition | 10/21/2025 | 195,879 | $76.7786 |

*Account is jointly owned by Menora Mivtachim Pensions and Gemel Ltd. and Menora Mivtachim Vehistadrut Hamehandesim Nihul Kupot Gemal Ltd. ("Omega")

Exhibit 4
Page 15