**BLEICHMAR FONTI & AULD LLP**
Adam C. McCall (SBN 302130)
amccall@bfalaw.com
1330 Broadway, Suite 630
Oakland, California 94612
Telephone: (415) 445-4003
Facsimile: (415) 445-4020

*Counsel for Proposed Lead Plaintiff Stephen and Gloria Crouse,*
*and Proposed Lead Counsel for the Class*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| WARREN HERN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ALEXANDRIA REAL ESTATE EQUITIES, INC., PETER M. MOGLIA, MARC E. BINDA, and JOEL S. MARCUS,<br><br>Defendants. | Case No. 2:25-cv-11319-GHW-AGR<br><br>CLASS ACTION<br><br>**DECLARATION OF ADAM C. MCCALL IN SUPPORT OF THE MOTION OF STEPHEN AND GLORIA CROUSE FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF THEIR SELECTION OF LEAD COUNSEL**<br><br>DATE: February 23, 2026<br>TIME: 8:30 a.m.<br>COURTROOM: 9D<br>JUDGE: Hon. George H. Wu |

I, Adam C. McCall, declare as follows:

1.    I am a member in good standing of the bar of the State of California and of this Court.  I am a Partner of the law firm of Bleichmar Fonti & Auld LLP ("BFA").  I submit this declaration in support of the motion of Stephen and Gloria Crouse for: (1) appointment as Lead Plaintiff; (2) approval of their selection of BFA to serve as Lead Counsel for the Class; and (3) any such further relief as the Court may deem just and proper.

2.    Attached as Exhibits A through E are true and correct copies of the following documents:

> Exhibit A:   Joint Declaration of Stephen and Gloria Crouse;
>
> Exhibit B:   Notice of pendency of *Hern v. Alexandria Real Estate Equities, Inc.*, No. 2:25-cv-11319-GHW-AGR (C.D. Cal.) published on November 25, 2025;
>
> Exhibit C:   Certifications of Stephen and Gloria Crouse;
>
> Exhibit D:   Chart reflecting financial interest of Stephen and Gloria Crouse; and
>
> Exhibit E:   Firm Resume of BFA.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 26th day of January 2026.

*/s/ Adam C. McCall*
Adam C. McCall

1

DECLARATION OF ADAM C. MCCALL IN SUPPORT OF THE MOTION OF STEPHEN AND
GLORIA CROUSE FOR APPOINTMENT AS LEAD PLAINTIFF
CASE NO. 2:25-CV-11319-GHW-AGR

## CERTIFICATE OF SERVICE

I hereby certify that on January 26, 2026, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send electronic notification of such filing to all counsel of record.

/s/ Adam C. McCall
Adam C. McCall

2