# EXHIBIT C

# CERTIFICATION

I, Stephen Crouse, hereby certify as follows:

1.      I have reviewed a class action complaint filed against Alexandria Real Estate Equities, Inc. ("Alexandria") and others alleging violations of the federal securities laws.

2.      I did not purchase or sell securities of Alexandria at the direction of counsel or in order to participate in any private action under the federal securities laws.

3.      I am willing to serve as Lead Plaintiff on behalf of the Class in this matter, including providing testimony at deposition and trial, if necessary. I fully understand the duties and responsibilities of the lead plaintiff under the Private Securities Litigation Reform Act, including the selection and retention of counsel and overseeing the prosecution of the action for the benefit of the Class.

4.      The transactions in the Alexandria securities that are the subject of this litigation during the Class Period are reflected in Schedule A, attached hereto.

5.      Other than in the instant action, I have not sought to serve as a representative party in a class action filed under the federal securities laws in the last three years.

6.      Beyond my *pro rata* share of any recovery, I will not accept payment for serving as lead plaintiff on behalf of the Class, except the reimbursement of such reasonable costs and expenses including lost wages as ordered or approved by the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed: ____1/23/2026____.

Signed by:

B84F44A2AAF0424...

Stephen Crouse

2

**SCHEDULE A**

TRANSACTIONS IN

ALEXANDRIA REAL ESTATE EQUITIES INC

Stephen Crouse

| Transaction Type | Trade Date | Shares | Price Per Share | Cost/Proceeds |
|---|---|---|---|---|
| Purchase | 09/10/2025 | 2,275.00 | 84.20 | ($191,555.00) |
| Purchase | 09/10/2025 | 450.00 | 84.38 | ($37,970.37) |

Docusign Envelope ID: E54B1C79-0BAD-46EA-9952-C9D35AC1C433

# <u>CERTIFICATION</u>

I, Gloria Crouse, hereby certify as follows:

1.      I have reviewed a class action complaint filed against Alexandria Real Estate Equities, Inc. ("Alexandria") and others alleging violations of the federal securities laws.

2.      I did not purchase or sell securities of Alexandria at the direction of counsel or in order to participate in any private action under the federal securities laws.

3.      I am willing to serve as Lead Plaintiff on behalf of the Class in this matter, including providing testimony at deposition and trial, if necessary.  I fully understand the duties and responsibilities of the lead plaintiff under the Private Securities Litigation Reform Act, including the selection and retention of counsel and overseeing the prosecution of the action for the benefit of the Class.

4.      The transactions in the Alexandria securities that are the subject of this litigation during the Class Period are reflected in Schedule A, attached hereto.

5.      Other than in the instant action, I have not sought to serve as a representative party in a class action filed under the federal securities laws in the last three years.

Docusign Envelope ID: EF4B1C79-0BAD-46EA-9952-C9D35AC1C433

6.      Beyond my *pro rata* share of any recovery, I will not accept payment for serving as lead plaintiff on behalf of the Class, except the reimbursement of such reasonable costs and expenses including lost wages as ordered or approved by the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed: __1/22/2026___.

Signed by:

6D512EBD65B94C3...

Gloria Crouse

2

**SCHEDULE A**

TRANSACTIONS IN

ALEXANDRIA REAL ESTATE EQUITIES INC

Gloria Crouse

| Transaction Type | Trade Date | Shares | Price Per Share | Cost/Proceeds |
|---|---|---|---|---|
| Purchase | 09/10/2025 | 50.00 | 84.24 | ($4,212.00) |
| Purchase | 09/10/2025 | 475.00 | 84.34 | ($40,061.50) |
| Purchase | 09/11/2025 | 10.00 | 84.91 | ($849.10) |
| Purchase | 09/11/2025 | 15.00 | 84.91 | ($1,273.65) |