**BLEICHMAR FONTI & AULD LLP**
Adam C. McCall (SBN 302130)
amccall@bfalaw.com
1330 Broadway, Suite 630
Oakland, California 94612
Telephone: (415) 445-4003
Facsimile: (415) 445-4020

*Counsel for Proposed Lead Plaintiff Stephen and Gloria Crouse,*
*and Proposed Lead Counsel for the Class*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| WARREN HERN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ALEXANDRIA REAL ESTATE EQUITIES, INC., PETER M. MOGLIA, MARC E. BINDA, and JOEL S. MARCUS,<br><br>Defendants. | Case No. 2:25-cv-11319-GHW-AGR<br><br>CLASS ACTION<br><br>**RESPONSE IN SUPPORT OF THE MOTION OF STEPHEN AND GLORIA CROUSE FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF THEIR SELECTION OF LEAD COUNSEL** |

Stephen and Gloria Crouse (the "Crouses") respectfully submit this response in support of their motion for appointment as Lead Plaintiff and approval of their selection of counsel. ECF No. 33 (the "Motion").

On January 26, 2026, the Crouses timely filed their Motion pursuant to the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), 15 U.S.C. § 78u-4(a)(3)(B), seeking appointment as Lead Plaintiff and approval of their selection of Bleichmar Fonti & Auld LLP as Lead Counsel for the Class. Five other movants also filed motions seeking Lead Plaintiff appointment. *See* ECF Nos. 13, 17, 21, 25, 29. The Crouses have reviewed the competing Lead Plaintiff motions and have determined they do not claim the largest financial interest in this case.

The PSLRA provides that, in selecting a Lead Plaintiff, courts "shall adopt a presumption" that the movant asserting the "largest financial interest in the relief sought by the class," that otherwise satisfies the typicality and adequacy requirements of Rule 23 of the Federal Rules of Civil Procedure ("Rule 23"), is the "most adequate plaintiff" to represent the class. 15 U.S.C. § 78u-4(a)(3)(B)(iii)(I). Here, as set forth in their Motion and supporting documents, the Crouses suffered substantial losses of roughly $109,000. ECF No. 34 at 5. The Crouses also satisfy the typicality and adequacy requirements of Rule 23 because their claims are typical of the members of the class, and the Crouses will fairly and adequately protect the interests of the class. *Id.* at 6-7.

Given their substantial financial interest and ability to represent the class, should the Court find that any of the competing movants with a larger claimed financial interest fail to meet the PSLRA's criteria for appointment, the Crouses respectfully request that the Court grant their Motion, appoint them as Lead Plaintiff, and approve their selection of counsel. See 15 U.S.C. § 78u-4(a)(3)(B)(iii).

1

RESPONSE IN SUPPORT OF MOTION OF STEPHEN AND GLORIA CROUSE FOR APPOINTMENT AS LEAD PLAINTIFF
CASE NO. 2:25-CV-11319-GHW-AGR

Dated: February 2, 2026                Respectfully submitted,

**BLEICHMAR FONTI & AULD LLP**

*/s/ Adam C. McCall*
Adam C. McCall (SBN 302130)
amccall@bfalaw.com
1330 Broadway, Suite 630
Oakland, California 94612
Telephone: (415) 445-4003
Facsimile: (415) 445-4020

*Counsel for Proposed Lead Plaintiff Stephen and Gloria Crouse, and Proposed Lead Counsel for the Class*

2

RESPONSE IN SUPPORT OF MOTION OF STEPHEN AND GLORIA CROUSE FOR APPOINTMENT AS LEAD PLAINTIFF
CASE NO. 2:25-CV-11319-GHW-AGR

## CERTIFICATE OF SERVICE

I hereby certify that on February 2, 2026, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send electronic notification of such filing to all counsel of record.

/s/ *Adam C. McCall*
Adam C. McCall

RESPONSE IN SUPPORT OF MOTION OF STEPHEN AND GLORIA CROUSE FOR APPOINTMENT AS LEAD PLAINTIFF
CASE NO. 2:25-CV-11319-GHW-AGR