UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | CV 25-11319-GW-AGRx | Date | September 10, 2026 |
| Title | *Warren Hern v. Alexandria Real Estate Equities, Inc., et al.* | | |

| | |
|---|---|
| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE |

| | | |
|---|---|---|
| Javier Gonzalez | Araceli Prado | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| | |
|---|---|
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Michael Grunfeld | Ethan P. Amaker<br>Lauren M. Kofke |

**PROCEEDINGS: DEFENDANTS' MOTION TO DISMISS AMENDED COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS [79]**

The Court issued its Tentative Ruling on Defendants' Motion [79] on September 8, 2026 [91]. Oral argument is held. The Tentative Ruling is adopted as the Court's Final Ruling. The Court GRANTS the Motion with leave to amend. Plaintiff will have five weeks from the date of this Order to file a Second Amended Complaint.

: 20

Initials of Preparer JG